**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____Southern District of Texas_____

Case number (if known): _____  Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | QUICK TUBE SYSTEMS, INC. |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | QTS |
| **3. Debtor's federal Employer Identification Number (EIN)** | 2 6 – 2 1 2 6 6 0 0 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| | PO Box 2069 |
| 24501 Hufsmith Kohrville Rd | |
| Number        Street | Number        Street |
| Tomball, TX 77375 | Tomball, TX 77377 |
| City                          State      ZIP Code | City                          State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Harris | |
| County | |
| | Number        Street |
| | City                          State      ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | www.qtsinc.com |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor      QUICK TUBE SYSTEMS, INC.                                              Case number (if known) _____
                Name

| 7. Describe debtor's business | **A.** *Check one:* |
|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
5   6   1   6

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                    MM / DD / YYYY

District _____ When _____ Case number _____
                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
                                        MM / DD / YYYY

Case number, if known _____

Debtor    QUICK TUBE SYSTEMS, INC.                                    Case number *(if known)* _____
         Name

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
         Number     Street

_____
City         State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49  ☐ 50-99    ☐ 1,000-5,000  ☐ 5,001-10,000    ☐ 25,001-50,000  ☐ 50,000-100,000

☐ 100-199  ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000    ☑ $1,000,001-$10 million    ☐ $500,000,001-$1 billion

☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion

☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion

☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion

Debtor    QUICK TUBE SYSTEMS, INC.                                        Case number *(if known)*
          Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09/15/2023
              MM/ DD/ YYYY

**X** /s/ Ray Epps                                           Ray Epps
Signature of authorized representative of debtor           Printed name

Title                 CEO

**18. Signature of attorney**

**X** /s/ Robert C Lane                      Date  09/15/2023
Signature of attorney for debtor                    MM/ DD/ YYYY

Robert C Lane
Printed name

The Lane Law Firm
Firm name

6200 Savoy Dr Ste 1150
Number       Street

Houston                                TX          77036-3369
City                                   State       ZIP Code

(713) 595-8200                         notifications@lanelaw.com
Contact phone                          Email address

24046263                               TX
Bar number                             State

Fill in this information to identify the case:

Debtor name _____ QUICK TUBE SYSTEMS, INC. _____

United States Bankruptcy Court for the:

_____ Southern District of Texas _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2. Cash on hand** | $581.00

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 **Cadence Bank** | **Checking account** | **6918** | **$348,550.00** |

**4. Other cash equivalents** *(Identify all)*

**None**

**5. Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$349,131.00**

### Part 2: Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**
☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1 **Glesby Marks** | **$692.00** |
|---|---|
| 7.2 **Four Seasons** | **$3,500.00** |

Debtor____**QUICK TUBE SYSTEMS, INC.**_____     Case number *(if known)* _____
　　　　　Name

---

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**None**

**9.  Total of Part 2**

Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.　　　　　$4,192.00

---

**Part 3:  Accounts receivable**

**10.  Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |
| --- |
| **Current value of debtor's interest** |

**11.  Accounts Receivable**

11a. 90 days old or less:　__$1,266,332.00__  -  __$62,027.00__  = ...... ➔  __$1,178,514.00__
　　　　　　　　　　　　face amount　　　　　doubtful or uncollectible accounts

11b. Over 90 days old:　__$238,374.00__  -  __$119,187.00__  = ...... ➔  __$119,187.00__
　　　　　　　　　　　face amount　　　　　doubtful or uncollectible accounts

**12.  Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.　　　　　$1,297,701.00

---

**Part 4:  Investments**

**13.  Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  |  |
| --- | --- |
| **Valuation method used for current value** | **Current value of debtor's interest** |

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**None**

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of fund or stock:　　　　　　　　　　% of ownership:

**None**

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

---

Debtor　　__QUICK TUBE SYSTEMS, INC.__　　　　　　　　Case number *(if known)* _____
　　　　　　Name

**None**

**17.  Total of Part 4**
　　Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.　　　　**$0.00**

**Part 5:**　Inventory, excluding agriculture assets

**18.  Does the debtor own any inventory (excluding agriculture assets)?**
　　☐ No. Go to Part 6.
　　☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| 19.1 _____ | _____ MM / DD / YYYY | (Unknown) | _____ | $669,847.00 |

**20.  Work in progress**
　　**None**

**21.  Finished goods, including goods held for resale**
　　**None**

**22.  Other inventory or supplies**
　　**None**

**23.  Total of Part 5**
　　Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.　　**$669,847.00**

**24.  Is any of the property listed in Part 5 perishable?**
　　☑ No
　　☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
　　☑ No
　　☐ Yes

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
　　☑ No
　　☐ Yes

**Part 6:**　Farming and fishing-related assets (other than titled motor vehicles and land)

**27.  Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
　　☑ No. Go to Part 7.
　　☐ Yes. Fill in the information below.

Debtor    **QUICK TUBE SYSTEMS, INC.**                                    Case number *(if known)* _____
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops — either planted or harvested**

   **None**

**29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish

   **None**

**30. Farm machinery and equipment** (Other than titled motor vehicles)

   **None**

**31. Farm and fishing supplies, chemicals, and feed**

   **None**

**32. Other farming and fishing-related property not already listed in Part 6**

   **None**

**33. Total of Part 6**
   Add lines 28 through 32. Copy the total to line 85.                                    $0.00

**34. Is the debtor a member of an agricultural cooperative?**
   ☑ No
   ☐ Yes. Is any of the debtor's property stored at the cooperative?
       ☐ No
       ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
   ☑ No
   ☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
   ☑ No
   ☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
   ☐ No. Go to Part 8.
   ☑ Yes. Fill in the information below.

Debtor **QUICK TUBE SYSTEMS, INC.**    Case number *(if known)* _____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1  **Desks (9)** | **(Unknown)** | Fair Market Value | **$2,700.00** |
| Additional Page Total - *See continuation page for additional entries* | | | **$1,700.00** |
| **40. Office fixtures** | | | |
| **None** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1  **Computers (22)** | **(Unknown)** | Fair Market Value | **$2,200.00** |
| Additional Page Total - *See continuation page for additional entries* | | | **$9,069.00** |
| **42. Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| **None** | | | |
| **43. Total of Part 7** Add lines 39 through 42. Copy the total to line 86. | | | **$15,669.00** |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:** Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**
☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  **2020 Dodge RAM 2500** / VIN: 3C6UR5NL0LG157431 | **$31,336.00** | Fair Market Value | **$49,958.00** |

Debtor     **QUICK TUBE SYSTEMS, INC.**            Case number *(if known)* _____
      Name

| | | |
|---|---|---|
| 47.2 **2017 Dodge Ram Promaster Van / VIN: last 4 - 0767** | **(Unknown)** | **$7,790.00** |
| 47.3 **2022 Homestead Cargo Trailer / Trailer** | **(Unknown)** | **$500.00** |
| **Additional Page Total** - *See continuation page for additional entries* | | **$200.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

     **None**

49. **Aircraft and accessories**

     **None**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| 50.1 **2020 Cargo Trailer / VIN: last 4 - 8819 Trailer** | **(Unknown)** | **$200.00** |
| **Additional Page Total** - *See continuation page for additional entries* | | **$0.00** |

51. **Total of Part 8**

     Add lines 47 through 50. Copy the total to line 87.                                **$58,648.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☑ No
     ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

**Part 9:**   Real Property

54. **Does the debtor own or lease any real property?**
     ☐ No. Go to Part 10.
     ☑ Yes. Fill in the information below.

| General description<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

| | | | | |
|---|---|---|---|---|
| **Shop/Office**<br>**24501 Hufsmith Kohrville Rd. 300 Tomball,**<br>55.1 **TX 77375** | **Lease** | **(Unknown)** | | **$0.00** |

56. **Total of Part 9**

     Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.         **$0.00**

Debtor      **QUICK TUBE SYSTEMS, INC.**                                         Case number *(if known)* _____
                    Name

---

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| Part 10: | Intangibles and Intellectual Property |
|---|---|

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 **patent no. 8,500,373 B1 (8/6/2013)** | **(Unknown)** | | **(Unknown)** |
| **61.** **Internet domain names and websites** | | | |
| 61.1 **www.qtsinc.com** | **(Unknown)** | | **(Unknown)** |
| **62.** **Licenses, franchises, and royalties** | | | |
| **None** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **None** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| 64.1 **Kiosk Software** | **(Unknown)** | Fair Market Value | **(Unknown)** |
| **65.** **Goodwill** | | | |
| **None** | | | |

**66.** **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                                                              **$0.00**

**67.** **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☑ Yes

---

Debtor    **QUICK TUBE SYSTEMS, INC.**            Case number *(if known)* _____
        Name

---

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:** All other assets

---

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**
☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| **71.** **Notes receivable**<br>Description (include name of obligor)<br><br>**None** | |
| **72.** **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br><br>**None** | |
| **73.** **Interests in insurance policies or annuities**<br><br>**None** | |
| **74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**<br><br>**None** | |
| **75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br><br>**None** | |
| **76.** **Trusts, equitable or future interests in property**<br><br>**None** | |
| **77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br><br>**None** | |
| **78.** **Total of Part 11**<br>Add lines 71 through 77. Copy the total to line 90. | $0.00 |

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

Debtor    **QUICK TUBE SYSTEMS, INC.**                                    Case number *(if known)* _____
     Name

---

## Part 12: Summary

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $349,131.00 | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | $4,192.00 | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | $1,297,701.00 | |
| **83. Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84. Inventory.** *Copy line 23, Part 5.* | $669,847.00 | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86. Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $15,669.00 | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $58,648.00 | |
| **88. Real property.** *Copy line 56, Part 9.*................................................. | → | $0.00 |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90. All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| **91. Total.** Add lines 80 through 90 for each column...... 91a. | $2,395,188.00 | + 91b. $0.00 |
| **92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ............................................................................................................. | | $2,395,188.00 |

Debtor   **QUICK TUBE SYSTEMS, INC.**                                    Case number *(if known)* _____
　　　　　Name

<span style="background-color:black; color:white;">    </span> **Additional Page**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture -** *Continued* | | | |
| 39.2 **Chairs (19)** | (Unknown) | Fair Market Value | $900.00 |
| 39.3 **Filing cabinets (5)** | (Unknown) | Fair Market Value | $250.00 |
| 39.4 **Table** | (Unknown) | Fair Market Value | $250.00 |
| 39.5 **Conference table chairs (6)** | (Unknown) | Fair Market Value | $300.00 |
| **41.** **Office equipment -** *Continued* | | | |
| 41.2 **Monitors (51)** | (Unknown) | Fair Market Value | $2,550.00 |
| 41.3 **Printer (4)** | (Unknown) | Fair Market Value | $200.00 |
| 41.4 **Cell phones (14)** | (Unknown) | Fair Market Value | $1,400.00 |
| 41.5 **iPads (10)** | (Unknown) | Fair Market Value | $1,000.00 |
| 41.6 **Machine Press and molding oven** | (Unknown) | | $3,919.00 |

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles -** *Continued* | | | |
| 47.4 **2020 Cargo Trailer / VIN: last 4 - 8818 Trailer** | (Unknown) | | $200.00 |
| 47.5 **2022 Chevrolet Silverado 1500 / VIN: last 4 - 8337 Leased vehicle** | (Unknown) | | $0.00 |
| 47.6 **2022 Chevrolet Silverado 1500 / VIN: last 4 - 6618 Leased vehicle** | (Unknown) | | $0.00 |
| 47.7 **2022 Chevrolet Silverado 1500 / VIN: last 4 - 1443 Leased vehicle** | (Unknown) | | $0.00 |
| 47.8 **2022 Chevrolet Silverado 1500 / VIN: last 4 - 4685 Leased vehicle** | (Unknown) | | $0.00 |
| 47.9 **2022 Chevrolet Silverado 1500 / VIN: last 4 - 5272 Leased vehicle** | (Unknown) | | $0.00 |
| 47.10 **2022 Ram Truck Loan Star / VIN: last 4 - 9709 Leased vehicle** | (Unknown) | | $0.00 |
| 47.11 **2022 Ram Truck Loan Star / VIN: last 4 - 9708 Leased vehicle** | (Unknown) | | $0.00 |
| 47.12 **2022 Ram Truck Loan Star / VIN: last 4 - 7188 Leased vehicle** | (Unknown) | | $0.00 |
| 47.13 **2022 Chevrolet Express 2500 Van / VIN: last 4 - 4564 Leased vehicle** | (Unknown) | | $0.00 |
| 47.14 **2022 Chevrolet Silverado 1500 / VIN: last 4 - 8582 Leased vehicle** | (Unknown) | | $0.00 |
| 47.15 **2023 Chevrolet Silverado 1500 / VIN: last 4 - 2364 Leased vehicle** | (Unknown) | | $0.00 |
| 47.16 **2022 Chevrolet Silverado 1500 / VIN: last 4 - 9207 Leased vehicle** | (Unknown) | | $0.00 |

Debtor    __QUICK TUBE SYSTEMS, INC._____    Case number *(if known)* _____
              Name

---

### ◼ Additional Page

| | | | |
|---|---|---|---|
| 47.17 | **2020 Chevrolet Silverado 1500 / VIN: last 4 - 3974 Leased vehicle** | (Unknown) | $0.00 |
| 47.18 | **2020 Chevrolet Silverado 1500 / VIN: last 4 - 7188 Leased vehicle** | (Unknown) | $0.00 |
| 47.19 | **2020 Chevrolet Equinox / VIN: last 4 - 6608 Leased vehicle** | (Unknown) | $0.00 |
| 47.20 | **2020 Chevrolet Silverado 3500 / VIN: last 4 - 7134 Leased vehicle** | (Unknown) | $0.00 |
| 47.21 | **2020 Dodge Ram 2500 Mega Cab / VIN: last 4 - 7431 Leased vehicle** | (Unknown) | $0.00 |
| 47.22 | **2021 INFINITI Q50-S / Leased vehicle** | (Unknown) | $0.00 |

**50.   Other machinery, fixtures, and equipment - *Continued***

| | | | |
|---|---|---|---|
| 50.2 | **2016 Doosan Propane Forklift / Forklift** | (Unknown) | $0.00 |

Fill in this information to identify the case:

Debtor name   QUICK TUBE SYSTEMS, INC.

United States Bankruptcy Court for the:   Southern   District of   Texas
(State)

Case number (if known):

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:**   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1**   **Creditor's name**

Bancorp South Bank

**Creditor's mailing address**

P.O. Box 789

Tupelo, MS 38802

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   6  8  9  8

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

Accounts receivable over 90 days, Accounts receivable under 90 days

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $704,000.00   Column B: $1,297,701.00

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $1,095,612.62

Debtor   QUICK TUBE SYSTEMS, INC.                                    Case number (if known) _____
         Name

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**
Bancorp South Bank

**Creditor's mailing address**
P.O. Box 789

Tupelo, MS 38802

**Creditor's email address, if known**

_____

**Date debt was incurred**        2016

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Machine Press and molding oven

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$3,919.00        $3,919.00

Debtor   QUICK TUBE SYSTEMS, INC.                                   Case number (if known) _____
         Name

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|---|----------|----------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.3** **Creditor's name**

Chrysler Capital

**Creditor's mailing address**

P.O. Box 660335

Dallas, TX 75266

**Creditor's email address, if known**

_____

**Date debt was incurred**          2020

**Last 4 digits of account number**      4  3  2  0

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**          $6,566.00          $7,790.00

2017 Dodge Ram Promaster Van

**Describe the lien**

vehicle loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor    QUICK TUBE SYSTEMS, INC.                                    Case number (if known) _____
          Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.4** **Creditor's name**

Glesby Marks Leasing

**Creditor's mailing address**

P.O. Box 4346, Dept. 502 Ste 100

Houston, TX 77210

**Creditor's email address, if known**

_____

**Date debt was incurred**          _____

**Last 4 digits of account number**      ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

        _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

unknown                                    $0.00

2022 Chevrolet Silverado 1500, 2022 Chevrolet Silverado 1500, 2022 Chevrolet Silverado 1500, 2022 Chevrolet Silverado 1500, 2022 Chevrolet Silverado 1500, 2022 Ram Truck Loan Star, 2022 Ram Truck Loan Star, 2022 Ram Truck Loan Star, 2022 Chevrolet Express 2500 Van, 2022 Chevrolet Silverado 1500, 2023 Chevrolet Silverado 1500, 2022 Chevrolet Silverado 1500, 2020 Chevrolet Silverado 1500, 2020 Chevrolet Silverado 1500, 2020 Chevrolet Equinox, 2020 Chevrolet Silverado 3500, 2020 Dodge Ram 2500 Mega Cab

**Describe the lien**

Leased vehicles/Trailers for business

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor    QUICK TUBE SYSTEMS, INC.

Name

Case number (if known) _____

---

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.5** **Creditor's name**

Infiniti Financial Services

**Creditor's mailing address**

PO Box 660577

Dallas, TX 75266

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2021 INFINITI Q50-S

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: unknown

Column B: $0.00

---

Debtor  QUICK TUBE SYSTEMS, INC.                           Case number (if known) _____
        Name

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.6** **Creditor's name**

SBA 7A Newtek

**Describe debtor's property that is subject to a lien**

$343,618.00    unknown

**Creditor's mailing address**

1981 Marcus Avenue Suite 130

New Hyde Park, NY 11042

**Describe the lien**

Small Business Loan

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**     _____

**Last 4 digits of account number**     ___ ___ ___ ___

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

       _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Debtor  QUICK TUBE SYSTEMS, INC.                              Case number (if known) _____
        Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

**2.7  Creditor's name**

TD Auto Finance

**Creditor's mailing address**

PO Box 551080

Jacksonville, FL 32255

**Creditor's email address, if known**

_____

**Date debt was**        2020
**incurred**

**Last 4 digits of**      6  6  2  8
**account**
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**          $37,509.62          $49,958.00

2020 Dodge RAM 2500

**Describe the lien**

vehicle loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor | QUICK TUBE SYSTEMS, INC. | Case number (if known) |
|---|---|---|
| | Name | |

## Part 1:  Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.8 Creditor's name**

Wells Fargo

**Creditor's mailing address**

P.O. Box 3072

Cedar Rapids, IA 52406

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2016 Doosan Propane Forklift

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| unknown | $0.00 |
|---|---|

Debtor    QUICK TUBE SYSTEMS, INC.                                    Case number (if known) _____
          Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Bancorp South Bank<br>2778 W. Jackson Pkwy. Bldg C, First Floor<br>Tupelo, MS 38801 | Line 2. 1 | __ __ __ __ |
| Cadence Bank<br>Line of Credit<br>201 South Spring Street<br>Tupelo, MS 38804 | Line 2. 1 | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name        QUICK TUBE SYSTEMS, INC.

United States Bankruptcy Court for the:

     Southern District of Texas

Case number (if known): _____

☐ Check if this is an
    amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.**    **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

     ☑ No. Go to Part 2.

     ☐ Yes. Go to line 2.

**2.**    **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

**2.1**   **Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No
☐ Yes

**2.2**   **Priority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor **QUICK TUBE SYSTEMS, INC.**                                    Case number *(if known)* _____
_____
Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

Chase

Cardmember Services

P.O. Box 6294

Carol Stream, IL 60197

Date or dates debt was incurred   _____

Last 4 digits of account number    4   4   8   6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  credit card

Is the claim subject to offset?
☑ No
☐ Yes

$11,576.00

---

**3.2** Nonpriority creditor's name and mailing address

Communications Conveyer Co., Inc.

c/o Greer, Scott & Shropshire, LLP

8117 Preston Road 300

Dallas, TX 75225

Date or dates debt was incurred    2023

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Litigation Settlement

Is the claim subject to offset?
☑ No
☐ Yes

$2,000,000.00

---

**3.3** Nonpriority creditor's name and mailing address

Compass/PNC Bank

P.O. Box 645993

Pittsburgh, PA 15274

Date or dates debt was incurred    08/07/2012

Last 4 digits of account number    0   1   4   5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Line of Credit

Is the claim subject to offset?
☑ No
☐ Yes

$24,500.00

---

**3.4** Nonpriority creditor's name and mailing address

Exxon Mobil Card Services

WEX Bank

PO Box 6293

Carol Stream, IL 60197

Date or dates debt was incurred   _____

Last 4 digits of account number    5   4   2   9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  credit card

Is the claim subject to offset?
☑ No
☐ Yes

$5,809.00

Debtor     **QUICK TUBE SYSTEMS, INC.**                                    Case number *(if known)* _____
           Name

---

## Part 2:  Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

Exxon Mobil Card Services

WEX Bank

PO Box 6293

Roswell, GA 60197

Date or dates debt was incurred     _____

Last 4 digits of account number     2 _ 7 _ 2 _ 6

**As of the petition filing date, the claim is:**          **$23,723.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  credit card

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

Home Depot Credit Services

PO Box 9001043

Louisville, KY 40290

Date or dates debt was incurred     _____

Last 4 digits of account number     9 _ 1 _ 9 _ 6

**As of the petition filing date, the claim is:**          **$4,048.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  credit card

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

Idea

Merchant Source Inc.

200 Garden City Plaza 215

Garden City, NY 11530

Date or dates debt was incurred     06/06/2022

Last 4 digits of account number     5 _ 0 _ 8 _ 1

**As of the petition filing date, the claim is:**          **$218,712.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  Line of Credit

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **QUICK TUBE SYSTEMS, INC.**
_____
Name

Case number *(if known)* _____

| Part 3: | List Others to Be Notified About Unsecured Claims |

**4.**  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**  **Greer, Scott & Shropshire, LLP**<br><br>**Karen G. Shropshire, Esq.**<br><br>**8117 Preston Road 300**<br><br>**Dallas, TX 75225** | Line _3.2_<br><br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor     **QUICK TUBE SYSTEMS, INC.**                                         Case number *(if known)* _____
                 Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$2,288,368.00** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$2,288,368.00** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | QUICK TUBE SYSTEMS, INC. |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known): | Chapter 11 |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Texas<br>Contract to be ASSUMED | Four Seasons Business Park II, Ltd.<br>5825 W. Sam Houston Dr. 800<br>Houston, TX 77042 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Texas<br>Contract to be ASSUMED | Glesby Marks Leasing<br>P.O. Box 4346, Dept. 502 Ste 100<br>Houston, TX 77210 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Texas<br>Contract to be ASSUMED | Real Property Management Heritage<br>1505 Bonner St.<br>Houston, TX 77007 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Texas<br>Contract to be ASSUMED | Infiniti Financial Services<br>PO Box 660577<br>Dallas, TX 75266 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

Debtor   QUICK TUBE SYSTEMS, INC.                              Case number *(if known)*
         Name

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5**

| | |
|---|---|
| **State what the contract or lease is for and the nature of the debtor's interest** | Texas |
| | Contract to be ASSUMED |
| **State the term remaining** | 0 months |
| **List the contract number of any government contract** | |

Wells Fargo Bank

P.O. Box 77101

Minneapolis, MN 55480

Fill in this information to identify the case:

Debtor name **QUICK TUBE SYSTEMS, INC.**

United States Bankruptcy Court for the: **Southern** District of **Texas**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

---

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Epps, Raymond | 12519 Oak Park Dr. <br> Street <br><br> Houston, TX 77070 <br> City   State   ZIP Code | Bancorp South Bank | ☑ D <br> ☐ E/F <br> ☐ G |
| | | | SBA 7A Newtek | ☑ D <br> ☐ E/F <br> ☐ G |
| | | | Communications Conveyer Co., Inc. | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.2 | Joshua Layaou | 14501 Hufsmith Kohrville Rd. 300 <br> Street <br><br> Tomball, TX 77375 <br> City   State   ZIP Code | Communications Conveyer Co., Inc. | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.3 | Raymond Epps | 12519 Oak Park Dr. <br> Street <br><br> Houston, TX 77070 <br> City   State   ZIP Code | Bancorp South Bank | ☑ D <br> ☐ E/F <br> ☐ G |
| | | | SBA 7A Newtek | ☑ D <br> ☐ E/F <br> ☐ G |
| | | | Communications Conveyer Co., Inc. | ☐ D <br> ☑ E/F <br> ☐ G |

---

Official Form 206H

**Schedule H: Codebtors**

page 1 of 2

| Debtor | QUICK TUBE SYSTEMS, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| **Additional Page if Debtor Has More Codebtors** |
|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.4 | Tim Layaou | 14501 Hufsmith Kohrville Rd. 300 <br> Street <br><br> Tomball, TX 77375 <br> City          State          ZIP Code | Real Property Management Heritage | ☐ D <br> ☐ E/F <br> ☑ G |
| 2.5 | Vanessa Glaser-Epps | 1219 Oak Park Dr. <br> Street <br><br> Houston, TX 77070 <br> City          State          ZIP Code | Infiniti Financial Services | ☐ D <br> ☐ E/F <br> ☑ G |
| 2.6 | | Street <br><br> City          State          ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |

Official Form 206H                    **Schedule H: Codebtors**                    page  2  of  2

**Fill in this information to identify the case:**

Debtor name _____QUICK TUBE SYSTEMS, INC._____

United States Bankruptcy Court for the:
_____Southern District of Texas_____

Case number (if known): _____    Chapter ___11___

☐ Check if this is an amended filing

## Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:    Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*..................................................................................... | $0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................... | $2,395,188.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................... | $2,395,188.00

### Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. | $1,095,612.62

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................... | $0.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................... | **+** $2,288,368.00

4. **Total liabilities**.................................................................................................... | $3,383,980.62
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name _____ QUICK TUBE SYSTEMS, INC. _____

United States Bankruptcy Court for the:
_____ Southern District of Texas _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From <u>01/01/2023</u> to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $3,969,001.00 |
| **For prior year:** From <u>01/01/2022</u> to <u>12/31/2022</u><br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $6,951,004.00 |
| **For the year before that:** From <u>01/01/2021</u> to <u>12/31/2021</u><br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $8,323,183.00 |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From <u>01/01/2023</u> to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From <u>01/01/2022</u> to <u>12/31/2022</u><br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From <u>01/01/2021</u> to <u>12/31/2021</u><br>MM/ DD/ YYYY   MM/ DD/ YYYY | _____ | _____ |

Debtor  QUICK TUBE SYSTEMS, INC.                                                    Case number *(if known)*
_____
Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.**  **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  Cadence Bank<br>Creditor's name<br><br>201 South Spring Street<br>Street<br><br>Line of Credit<br><br>Tupelo, MS 38804<br>City          State    ZIP Code | 06/01/2023<br><br>07/01/2023<br><br>08/01/2023 | $27,450.00 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2.  Cadence Bank<br>Creditor's name<br><br>201 South Spring Street<br>Street<br><br>Line of Credit<br><br>Tupelo, MS 38804<br>City          State    ZIP Code | 06/01/2023<br><br>07/02/2023<br><br>08/02/2023 | $18,402.00 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.3.  There are additional creditors/vendors to add here<br>Creditor's name<br><br>Street<br><br><br>City          State    ZIP Code | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.**  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

Debtor    QUICK TUBE SYSTEMS, INC.                                                    Case number *(if known)*
          Name

| 4.1. | Raymond Epps | October 2022 | $187,913.00 | Salary |
| | Creditor's name | | | |
| | 12519 Oak Park Dr. | November 2022 | | |
| | Street | | | |
| | | December 2022 | | |
| | Houston, TX 77070 | | | |
| | City          State    ZIP Code | January 2023 | | |
| | **Relationship to debtor** | February 2023 | | |
| | Owner | March 2023 | | |
| | | April 2023 | | |
| | | May 2023 | | |
| | | June 2023 | | |
| | | July 2023 | | |
| | | August 2023 | | |

| 4.2. | Tim Layaou | October 2022 | $137,500.00 | Insider Salary |
| | Creditor's name | | | |
| | 14501 Hufsmith Kohrville Rd. 300 | November 2022 | | |
| | Street | | | |
| | | December 2022 | | |
| | Tomball, TX 77375 | | | |
| | City          State    ZIP Code | January 2023 | | |
| | **Relationship to debtor** | February 2023 | | |
| | | March 2023 | | |
| | | April 2023 | | |
| | | May 2023 | | |
| | | June 2023 | | |
| | | July 2023 | | |
| | | August 2023 | | |

| 4.3. | Tim Layaou, Jr. | October 2022 | $99,000.00 | Insider salary |
| | Creditor's name | | | |
| | 14501 Hufsmith Kohrville Rd. 300 | November 2022 | | |
| | Street | | | |
| | | December 2022 | | |
| | Tomball, TX 77375 | | | |
| | City          State    ZIP Code | January 2023 | | |
| | **Relationship to debtor** | February 2023 | | |
| | | March 2023 | | |
| | | April 2023 | | |

Debtor    QUICK TUBE SYSTEMS, INC.                                    Case number *(if known)* _____
          Name

<u>May 2023</u>

<u>June 2023</u>

<u>July 2023</u>

<u>August 2023</u>

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br> City          State     ZIP Code | _____ | _____ | _____ |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br> City          State     ZIP Code | _____ <br><br> XXXX– __ __ __ __ | _____ | _____ |

---

**Part 3:** Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. <u>Communications Conveyor Co.</u> Inc., dba COMCO Systems v. Quick Tube Systems, Inc., et al. | <u>Unauthorized use of trade</u> secrets and confidential business information | <u>United States District Court, Northern District</u> of Texas <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City          State     ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| **Case number** <br> <u>3:21-CV-00221-N</u> | | | |

---

Debtor    QUICK TUBE SYSTEMS, INC.                                            Case number *(if known)*
_____
          Name

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | | |
| | Street | Case title | Court name and address |
| | | | Name |
| | City          State     ZIP Code | Case number | Street |
| | | | City          State     ZIP Code |
| | | Date of order or assignment | |

---

**Part 4:**  Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Wounded Warrier Project | donation | 2022-2023 | $1,400.00 |
| | Recipient's name | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | Recipient's relationship to debtor | | | |
| | None | | | |

| 9.2. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Make a Wish America | donation | 2022-2023 | $1,400.00 |
| | Recipient's name | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | Recipient's relationship to debtor | | | |
| | None | | | |

---

**Part 5:**  Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Debtor    QUICK TUBE SYSTEMS, INC.                                    Case number *(if known)*_____

         Name

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|

10.1. _____   _____   _____   _____

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | The Lane Law Firm | Attorney's Fee | 07/18/2023 | $5,000.00 |
| | **Address** | Attorney's Fee | 07/24/2023 | $7,500.00 |
| | 6200 Savoy Suite 1150<br>Street | Attorney's Fee | 08/04/2023 | $7,500.00 |
| | | Attorney's Fee | 08/18/2023 | $7,500.00 |
| | Houston, TX 77036<br>City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | **Trustee** | | | |
| | _____ | | | |

Debtor   QUICK TUBE SYSTEMS, INC.                                          Case number *(if known)* _____
          Name

**13.  Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
|  | | | | |

**Address**

_____
Street

_____
City                      State      ZIP Code

**Relationship to debtor**

_____

| Part 7: | Previous Locations |
|---|---|

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1. _____        From _____ To _____
      Street

      _____
      City            State    ZIP Code

| Part 8: | Health Care Bankruptcies |
|---|---|

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

Debtor ___QUICK TUBE SYSTEMS, INC._____ Case number *(if known)*_____
     Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City    State   ZIP Code | _____<br><br><br>**Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider.<br>_____<br>_____ | _____<br><br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9:  Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

        Does the debtor have a privacy policy about that information?

        ☐ No

        ☐ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

        ☐ No. Go to Part 10.

        ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| ADP | EIN: _ _ – _ _ _ _ _ _ _ |

        Has the plan been terminated?

        ☑ No

        ☐ Yes

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City  State  ZIP Code | XXXX– _ _ _ _ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

Debtor   QUICK TUBE SYSTEMS, INC.                                    Case number *(if known)* _____
            Name

## 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State    ZIP Code | | | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State    ZIP Code | | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

## 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| | | | |
| City          State    ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Debtor   QUICK TUBE SYSTEMS, INC.                                          Case number *(if known)*
_____
        Name

■   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending |
| **Case number** | | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State    ZIP Code | | |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor   QUICK TUBE SYSTEMS, INC.                                             Case number *(if known)*
         Name

| Business name and address | Describe the nature of the business | Employer Identification number |
| --- | --- | --- |
| | | Do not include Social Security number or ITIN. |

25.1.  _____    _____    EIN:  __ __ – __ __ __ __ __ __ __
       Name

       _____                                   **Dates business existed**
       Street

       _____                                   From _____   To _____

       _____
       City          State    ZIP Code

## 26. Books, records, and financial statements

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
| --- | --- |

26a.1.  BCBS Management Inc. dba Supporting Strategies Charlotte           From 11/2021   To current
        Name

        2405 Gateway Ln.
        Street

        _____
        Lincolnton, NC 28092
        City                      State        ZIP Code

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
| --- | --- |

26b.1.  _____                                          From _____   To _____
        Name

        _____
        Street

        _____
        City                      State        ZIP Code

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |

26c.1.  Supporting Strategies - Karen Blaire                              Books
        Name

        _____
        Street

        _____
        City                      State        ZIP Code

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor   QUICK TUBE SYSTEMS, INC.                                         Case number *(if known)*
            Name

| Name and address |
|---|

26d.1.  _____
            Name

        _____
            Street

        _____

        _____
            City                          State                ZIP Code

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.  _____
            Name

        _____
            Street

        _____

        _____
            City                          State                ZIP Code

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Raymond Epps | 12519 Oak Park Dr. Houston, TX 77070 | CEO, | 83.50% |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ <br> To _____ |

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

Debtor   QUICK TUBE SYSTEMS, INC.                                         Case number *(if known)* _____
         Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Raymond Epps<br>Name | $17,083.00 | October 2022 | Owner Draws |
| | $17,083.00 | November 2022 | |
| 12519 Oak Park Dr.<br>Street | $17,083.00 | December 2022 | |
| | $17,083.00 | January 2023 | |
| Houston, TX 77070<br>City          State      ZIP Code | $17,083.00 | February 2023 | |
| | $17,083.00 | March 2023 | |
| **Relationship to debtor** | $17,083.00 | April 2023 | |
| Owner | $17,083.00 | May 2023 | |
| | $17,083.00 | June 2023 | |
| | $17,083.00 | July 2023 | |
| | $17,083.00 | August 2023 | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. Tim Layaou<br>Name | $12,500.00 | October 2022 | |
| | $12,500.00 | November 2022 | |
| 14501 Hufsmith Kohrville Rd. 300<br>Street | $12,500.00 | December 2022 | |
| | $12,500.00 | January 2023 | |
| Tomball, TX 77375<br>City          State      ZIP Code | $12,500.00 | February 2023 | |
| | $12,500.00 | March 2023 | |
| **Relationship to debtor** | $12,500.00 | April 2023 | |
| | $12,500.00 | May 2023 | |
| | $12,500.00 | June 2023 | |
| | $12,500.00 | July 2023 | |
| | $12,500.00 | August 2023 | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.3. Tim Layaou Jr.<br>Name | $9,000.00 | October 2022 | |
| | $9,000.00 | November 2022 | |
| 24501 Hufsmith Kohrville Road 300<br>Street | $9,000.00 | December 2022 | |
| | $9,000.00 | January 2023 | |
| Tomball, TX 77375<br>City          State      ZIP Code | $9,000.00 | February 2023 | |
| | $9,000.00 | March 2023 | |
| **Relationship to debtor** | $9,000.00 | April 2023 | |
| | $9,000.00 | May 2023 | |
| | $9,000.00 | June 2023 | |
| | $9,000.00 | July 2023 | |

Debtor    QUICK TUBE SYSTEMS, INC.         Case number *(if known)*
        Name

                                                    $9,000.00      August 2023

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      09/15/2023
           MM/ DD/ YYYY

**X** /s/ Ray Epps                  Printed name                  Ray Epps
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor          CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | QUICK TUBE SYSTEMS, INC. |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Chase<br>Cardmember Services<br>P.O. Box 6294<br>Carol Stream, IL 60197 | | credit card | | | | $11,576.00 |
| 2 | Communications Conveyer Co., Inc.<br>c/o Greer, Scott & Shropshire, LLP<br>8117 Preston Road 300<br>Dallas, TX 75225 | | Litigation Settlement | Disputed | | | $2,000,000.00 |
| 3 | Compass/PNC Bank<br>P.O. Box 645993<br>Pittsburgh, PA 15274 | | Line of Credit | | | | $24,500.00 |
| 4 | Exxon Mobil Card Services<br>WEX Bank<br>PO Box 6293<br>Roswell, GA 60197 | | credit card | | | | $23,723.00 |
| 5 | Exxon Mobil Card Services<br>WEX Bank<br>PO Box 6293<br>Carol Stream, IL 60197 | | credit card | | | | $5,809.00 |
| 6 | Home Depot Credit Services<br>PO Box 9001043<br>Louisville, KY 40290 | | credit card | | | | $4,048.00 |
| 7 | Idea<br>Merchant Source Inc.<br>200 Garden City Plaza 215<br>Garden City, NY 11530 | | Line of Credit | Disputed | | | $218,712.00 |
| 8 | SBA 7A Newtek<br>1981 Marcus Avenue Suite 130<br>New Hyde Park, NY 11042 | | Small Business Loan | Disputed | | | $343,618.00 |

Debtor    QUICK TUBE SYSTEMS, INC.                                    Case number *(if known)* _____
                Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of Texas

**In re**   QUICK TUBE SYSTEMS, INC.

Case No. _____

**Debtor**

Chapter _____11_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ........................................................................................   $52,500.00

Prior to the filing of this statement I have received .............................................................................   $27,500.00

Balance Due .......................................................................................................................................   $25,000.00

2.   The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 09/15/2023 | /s/ Robert C Lane |
| *Date* | Robert C Lane |
| | *Signature of Attorney* |

Bar Number: 24046263
The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369
Phone: (713) 595-8200
Fax: (713) 595-8201

The Lane Law Firm
*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **QUICK TUBE SYSTEMS, INC.**

CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____09/15/2023_____    Signature _____    /s/ Ray Epps
                                                                          Ray Epps, CEO

BANCORP SOUTH BANK
P.O. BOX 789
TUPELO, MS 38802


BANCORP SOUTH BANK
2778 W. JACKSON PKWY. BLDG C, FIRST
FLOOR
TUPELO, MS 38801


CADENCE BANK
LINE OF CREDIT
201 SOUTH SPRING STREET
TUPELO, MS 38804


CHASE
CARDMEMBER SERVICES
P.O. BOX 6294
CAROL STREAM, IL 60197


CHRYSLER CAPITAL
P.O. BOX 660335
DALLAS, TX 75266


COMMUNICATIONS
CONVEYER CO., INC.
C/O GREER, SCOTT & SHROPSHIRE, LLP
8117 PRESTON ROAD 300
DALLAS, TX 75225


COMPASS/PNC BANK
P.O. BOX 645993
PITTSBURGH, PA 15274


RAYMOND EPPS
12519 OAK PARK DR.
HOUSTON, TX 77070

EXXON MOBIL CARD
SERVICES
WEX BANK
PO BOX 6293
CAROL STREAM, IL 60197


EXXON MOBIL CARD
SERVICES
WEX BANK
PO BOX 6293
ROSWELL, GA 60197

FOUR SEASONS BUSINESS
PARK II, LTD.
5825 W. SAM HOUSTON DR. 800
HOUSTON, TX 77042


GLESBY MARKS LEASING
P.O. BOX 4346, DEPT. 502 STE 100
HOUSTON, TX 77210



GREER, SCOTT &
SHROPSHIRE, LLP
KAREN G. SHROPSHIRE, ESQ.
8117 PRESTON ROAD 300
DALLAS, TX 75225

HOME DEPOT CREDIT
SERVICES
PO BOX 9001043
LOUISVILLE, KY 40290


IDEA
MERCHANT SOURCE INC.
200 GARDEN CITY PLAZA 215
GARDEN CITY, NY 11530


INFINITI FINANCIAL
SERVICES
PO BOX 660577
DALLAS, TX 75266

JOSHUA LAYAOU
14501 HUFSMITH KOHRVILLE RD. 300
TOMBALL, TX 77375

QUICK TUBE SYSTEMS, INC.
24501 HUFSMITH KOHRVILLE RD #300
TOMBALL, TX 77375

RAYMOND EPPS
12519 OAK PARK DR.
HOUSTON, TX 77070

REAL PROPERTY
MANAGEMENT HERITAGE
1505 BONNER ST.
HOUSTON, TX 77007

SBA 7A NEWTEK
1981 MARCUS AVENUE SUITE 130
NEW HYDE PARK, NY 11042

TD AUTO FINANCE
PO BOX 551080
JACKSONVILLE, FL 32255

THE LANE LAW FIRM
6200 SAVOY DR STE 1150
HOUSTON, TX 77036-3369

TIM LAYAOU
14501 HUFSMITH KOHRVILLE RD. 300
TOMBALL, TX 77375

VANESSA GLASER-EPPS
1219 OAK PARK DR.
HOUSTON, TX 77070


WELLS FARGO
P.O. BOX 3072
CEDAR RAPIDS, IA 52406


WELLS FARGO BANK
P.O. BOX 77101
MINNEAPOLIS, MN 55480

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

### Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is .

2. The following financial data is the latest available information and refers to the debtor's condition on .

| | |
|---|---|
| a. Total assets | $2,395,188.00 |
| b. Total debts (including debts listed in 2.c., below) | $3,383,980.62 |
| c. Debt securities held by more than 500 holders | |

Approximate number of holders:

secured ☐  unsecured ☐  subordinated ☐

secured ☐  unsecured ☐  subordinated ☐

secured ☐  unsecured ☐  subordinated ☐

secured ☐  unsecured ☐  subordinated ☐

secured ☐  unsecured ☐  subordinated ☐

d. Number of shares of preferred stock

e. Number of shares common stock

Comments, if any:

3. Brief description of debtor's business      Pneumatic tube system install and equipment

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

Fill in this information to identify the case:

Debtor name _____QUICK TUBE SYSTEMS, INC._____

United States Bankruptcy Court for the:

_____Southern District of Texas_____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors     **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___09/15/2023___
        MM/ DD/ YYYY

**X** _/s/ Ray Epps_____
Signature of individual signing on behalf of debtor

_Ray Epps_____
Printed name

_CEO_____
Position or relationship to debtor

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE: **QUICK TUBE SYSTEMS, INC.**

CASE NO

CHAPTER **11**

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
## PETITION, LISTS, STATEMENTS, AND SCHEDULES

## PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐ *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* -- I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑ *[Only include if petitioner is a corporation, partnership or limited liability company]* -- I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date
09/15/2023

/s/ Ray Epps

Ray Epps
CEO
EIN No.   6 6 0 0

## PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date
09/15/2023

/s/ Robert C Lane

Robert C Lane
Attorney