IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| QUICK TUBE SYSTEMS, INC. § | |
| DEBTOR § | BANKRUPTCY CASE NO. 23-33570 |

**BALANCE SHEET**

**QTS, Inc.**
**QTS, Inc. (Consolidated)**
# Balance Sheet
# End of Aug 2023

| Financial Row | Amount |
|---|---:|
| ASSETS | |
|  Current Assets | |
|   Bank | |
|    Bank | |
|     Checking - BancorpSouth | $97,670.14 |
|     Checking - Compass (PNC) Bank | $514.29 |
|     Petty Cash | $581.00 |
|    Total - Bank | $98,765.43 |
|   Total Bank | $98,765.43 |
|   Accounts Receivable | |
|    Accounts Receivable | |
|     Accounts Receivable | $1,074,663.58 |
|     Retainage Receivable | $58,892.84 |
|    Total - Accounts Receivable | $1,133,556.42 |
|   Total Accounts Receivable | $1,133,556.42 |
|   Other Current Asset | |
|    Employee Loan | $11.23 |
|    Intercompany Clearing Account | ($1,845.00) |
|    Inventory Asset | |
|     Inventory Asset | $759,543.26 |
|     Inventory Adjustment | ($78,384.69) |
|    Total - Inventory Asset | $681,158.57 |
|    Inventory In Transit | ($1,987.29) |
|    Security Deposits | $8,291.70 |
|   Total Other Current Asset | $685,629.21 |
|  Total Current Assets | $1,917,951.06 |
|  Fixed Assets | |
|   Fixed Assets | |
|    Capital Expenditure | |
|     (Accumulated Capital Expenditure Depreciation) | ($53,151.00) |
|     Computers & Software | $45,518.53 |
|     Furniture and Fixtures | $9,072.08 |
|    Total - Capital Expenditure | $1,439.61 |
|    Machinery and Equipment | |
|     Machinery and Equipment | $539.09 |
|     (Accumulated Machinery and Equipment Depreciation) | ($324.00) |
|     Molds | $56,575.00 |
|     Tools and Equipment | $8,206.60 |
|     Tube Bending Press and Oven | $23,000.00 |
|    Total - Machinery and Equipment | $87,996.69 |
|    Patents / Registered Trade Mark | $25,614.00 |
|    Vehicles | |
|     (Accumulated Vehicles Depreciation) | ($109,586.00) |
|     2018 ProMaster Van (0767) | $37,883.76 |
|     2020 Dodge Ram 2500 RE (7431) | $51,287.00 |
|     2022 Homesteader Cargo Trailer | $6,489.00 |
|     Accumulated Amortization | ($37,358.24) |
|    Total - Vehicles | ($51,284.48) |
|   Total - Fixed Assets | $63,765.82 |
|  Total Fixed Assets | $63,765.82 |
|  Other Assets | |
|   ERTC Receivable | $398,397.20 |
|   Intangible Asset- Kiosk Software | $41,630.30 |
|   Other Assets | |

| Financial Row | Amount |
|---|---:|
| Bank Origination Fees | $49,811.31 |
| Total - Other Assets | $49,811.31 |
| Prepaid Expenses | $15,000.00 |
| Total Other Assets | $504,838.81 |
| Total ASSETS | $2,486,555.69 |
| Liabilities & Equity | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable (A/P) | $1,477,321.61 |
| Total Accounts Payable | $1,477,321.61 |
| Credit Card | |
| Credit Cards | |
| CC - Chase Ink VISA 4426 | $116,559.58 |
| CC - Chase Visa 1516 - QTS | $16,438.07 |
| Exxon Fuel Credit Card - 2726 | $21,293.30 |
| Exxon Fuel Credit Card - 5429 | $3,433.63 |
| Home Depot Credit Card | $4,285.60 |
| Total - Credit Cards | $162,010.18 |
| Total Credit Card | $162,010.18 |
| Other Current Liability | |
| Accrued Expenses | $2,245.38 |
| Accrued Payroll | $87,863.26 |
| Accrued Purchases | ($10,881.10) |
| Deferred Revenue | $443,006.47 |
| IDEA Line of Credit | $218,980.48 |
| Payroll Liabilities | ($1,916.84) |
| Ray Epps Loan Payable | $19,113.05 |
| Ronnie Russell Loan Payable | $100,000.00 |
| Sales Tax Payable | ($10,657.12) |
| Sales Taxes Payable AL | $1,040.42 |
| Sales Taxes Payable AR | $163.80 |
| Sales Taxes Payable AZ | $372.35 |
| Sales Taxes Payable CA | ($1,190.83) |
| Sales Taxes Payable CO | $6.24 |
| Sales Taxes Payable FL | $1,392.75 |
| Sales Taxes Payable GA | $540.13 |
| Sales Taxes Payable IA | $789.01 |
| Sales Taxes Payable ID | $1,394.74 |
| Sales Taxes Payable IL | ($2,001.34) |
| Sales Taxes Payable IN | ($2,122.13) |
| Sales Taxes Payable KS | $1,658.13 |
| Sales Taxes Payable KY | $817.01 |
| Sales Taxes Payable LA | $598.01 |
| Sales Taxes Payable MA | $247.67 |
| Sales Taxes Payable MD | $755.06 |
| Sales Taxes Payable ME | $871.06 |
| Sales Taxes Payable MN | $1,110.86 |
| Sales Taxes Payable MO | $5,896.07 |
| Sales Taxes Payable MS | $1,627.15 |
| Sales Taxes Payable NC | $892.42 |
| Sales Taxes Payable NJ | $37.58 |
| Sales Taxes Payable NM | ($23.68) |
| Sales Taxes Payable NY | $5,387.05 |
| Sales Taxes Payable OH | $2,613.89 |
| Sales Taxes Payable OK | $395.09 |
| Sales Taxes Payable PA | ($65.83) |
| Sales Taxes Payable RI | $947.32 |
| Sales Taxes Payable SC | $13.24 |
| Sales Taxes Payable TN | $5,950.90 |
| Sales Taxes Payable TX | $14,376.79 |
| Sales Taxes Payable UT | $45.76 |
| Sales Taxes Payable VA | $1,040.25 |
| Sales Taxes Payable VT | $5.98 |

| Financial Row | Amount |
|---|---:|
| Sales Taxes Payable WA | $161.09 |
| Sales Taxes Payable WI | $148.92 |
| Sales Taxes Payable WV | $1,958.39 |
| Wages Payable | $24,047.46 |
| Total Other Current Liability | $919,652.36 |
| Total Current Liabilities | $2,558,984.15 |
| Long Term Liabilities | |
| Long Term Liabilities | |
| BanCorp South - SBA Loan | $337,636.16 |
| BancorpSouth - Press/Oven Loan | $3,513.98 |
| BancorpSouth LOC - 0506 | $704,000.00 |
| ChryslerCap-2018 ProMaster 0767 | $5,925.53 |
| Compass Bank (PNC) LOC | $25,090.53 |
| Q.L., LLC - LOC | $210,166.86 |
| TD Auto Finance - 2020 Ram RE | $35,770.44 |
| Total - Long Term Liabilities | $1,322,103.50 |
| Total Long Term Liabilities | $1,322,103.50 |
| Equity | |
| Shareholder's Equity | |
| Cliff McInnis | $25,000.00 |
| Mustafa Zaheer | $50,000.00 |
| Q.L., LLC | $230,000.00 |
| Ray Epps | $86,452.21 |
| Rick Yartz | $40,000.00 |
| Riley Epps | $180,416.87 |
| Ronnie M. Russell | $100,000.00 |
| Total - Shareholder's Equity | $711,869.08 |
| Retained Earnings | ($1,722,695.75) |
| Net Income | ($383,705.29) |
| Total Equity | ($1,394,531.96) |
| Total Liabilities & Equity | $2,486,555.69 |