IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| QUICK TUBE SYSTEMS, INC. § | |
| DEBTOR § | BANKRUPTCY CASE NO. 23-33570 |

**STATEMENT OF OPERATIONS**

QTS, Inc.
QTS, Inc.

## Income Statement
## From Jan 2023 to Jul 2023

| Financial Row | Amount |
|---|---:|
| Ordinary Income/Expense | |
|   Income | |
|     Deferred Income | ($363,038.09) |
|     Income | |
|       Sales | |
|         Contracts | $45,625.00 |
|         Early Pay Discount | ($25,188.94) |
|         Equipment | $1,124,869.44 |
|         Freight Income | $72,348.11 |
|         Labor | $1,752,513.43 |
|         Leasing Income | $7,709.52 |
|         Parts | $1,351,059.23 |
|       Total - Sales | $4,328,935.79 |
|     Total - Income | $4,328,935.79 |
|   Total - Income | $3,965,897.70 |
|   Cost Of Sales | |
|     COGS- | |
|       Consumables | $17,038.78 |
|       Equipment | $513,107.75 |
|       Freight | $71,615.48 |
|       Parts | $525,065.31 |
|       Payroll | |
|         401K Match | $7,594.88 |
|         Benefits, Insurance | $14,225.82 |
|         Bonuses | $1,000.00 |
|         Overtime | $122,879.01 |
|         Paid Travel Time | $853.80 |
|         Payroll Service Fee | $12,156.05 |
|         Payroll Taxes | $46,690.25 |
|         Salaries and Wages | $445,986.18 |
|         Workers Comp | $9,156.87 |
|       Total - Payroll | $660,542.86 |
|       Rental Equipment | $44,979.02 |
|       Safety/Training | $488.52 |
|       Subcontractor | $194,499.18 |
|       Tools | $4,778.01 |
|       Travel | |
|         Airlines | $11,820.17 |
|         Hotels | $68,207.39 |
|         Meals/Entertainment | $18,530.11 |
|         Rental Cars | $4,756.20 |
|       Total - Travel | $103,313.87 |
|       Uniforms | $684.24 |
|       Vehicle Expenses | |
|         Fuel | $112,283.44 |
|         MV Insurance | $54,449.31 |
|         Tolls & Parking | $9,370.30 |
|         Vehicle Maintenance & Repairs | $24,329.36 |
|         Vehicle Payments/Lease | $95,945.08 |
|       Total - Vehicle Expenses | $296,377.49 |
|     Total - COGS- | $2,432,490.51 |
|   Total - Cost Of Sales | $2,432,490.51 |
|   Gross Profit | $1,533,407.19 |
|   Expense | |

| Financial Row | Amount |
| --- | ---: |
| Bad Debt | $7,079.13 |
| Expenses | |
|   Background Check / Employee Screening | $79.93 |
|   Bank Service Charges | |
|     Bank Service Charges | $2,417.83 |
|   Total - Bank Service Charges | $2,417.83 |
|   Business License, Permits & Fees | $85.00 |
|   Contract Labor | $37,500.00 |
|   Credit Card Processing | $4,932.79 |
|   Dues and Fees | $13,758.26 |
|   Early Pay Discount | ($1.09) |
|   Employee Engagement | $72.50 |
|   Executive Discretionary | $2,760.25 |
|   Gifts / Donations | $1,450.00 |
|   Insurance | |
|     General Liability | $1,480.00 |
|     Life Insurance | $11,809.24 |
|     Property | $8,351.00 |
|     Vehicle Insurance | $46,655.29 |
|   Total - Insurance | $68,295.53 |
|   Lease Expense | |
|     2016 Doosan Forklift | $2,522.70 |
|     Copier | $596.89 |
|   Total - Lease Expense | $3,119.59 |
|   Licensing, IP Fees | $4,988.76 |
|   Meals / Entertainment | $3,397.73 |
|   Office Expenses | |
|     Kitchen / Bathroom Supplies & Services | $332.28 |
|   Total - Office Expenses | $332.28 |
|   Office Supplies | $2,588.55 |
|   Payroll | |
|     401K Match | $10,324.08 |
|     Benefits - Insurances | $68,248.45 |
|     Bonuses | $250.00 |
|     Commissions | $48,603.31 |
|     Overtime | $17,127.73 |
|     Payroll Service Fees | $10,672.18 |
|     Payroll Taxes | $58,196.38 |
|     Salaries and Wages | $678,307.44 |
|     Workers Compensation | $1,605.12 |
|   Total - Payroll | $893,334.69 |
|   Postage & Shipping | |
|     Freight / Shipping | $34,971.15 |
|     Postage | $37.23 |
|   Total - Postage & Shipping | $35,008.38 |
|   Professional Services | |
|     Accounting | $79,197.20 |
|     Legal Fees / Litigation | $688,650.01 |
|     State Representation | $13,381.05 |
|   Total - Professional Services | $781,228.26 |
|   Recruiting | $4,572.15 |
|   Relocation Expenses | $3,679.68 |
|   Rent / Mortgage | |
|     Office Space | $45,226.37 |
|   Total - Rent / Mortgage | $45,226.37 |
|   Repairs & Maintenance | $2,882.22 |
|   Research & Development | $6,049.21 |
|   Safety | $258.14 |
|   Sales | |
|     Advertising / Marketing | $15,249.61 |
|   Total - Sales | $15,249.61 |
|   Sales / Use Tax | $2,152.37 |
|   State Registration Fees | $128.19 |

| Financial Row | Amount |
|---|---:|
| Taxes | |
|     Property Taxes | $10,240.16 |
|     State Taxes | $6,090.03 |
|   Total - Taxes | $16,330.19 |
| Technology | |
|     Computer Software | $45,561.15 |
|     IT Support | $24,614.46 |
|   Total - Technology | $70,175.61 |
| Training / Certifications | $325.92 |
| Travel | |
|     Travel - Airlines, etc | $670.65 |
|     Travel - Hotels | $2,931.26 |
|     Travel - Rental Cars | $239.05 |
|   Total - Travel | $3,840.96 |
| Uniforms | $159.30 |
| Utilities | |
|     Alarm, Security, Monitoring | $4.00 |
|     Electric Service | $10,135.43 |
|     Internet | $2,268.60 |
|     Phone Service / Phones - Mobile | $19,736.98 |
|   Total - Utilities | $32,145.01 |
| Vehicle Expense | |
|     Fuel | $14,914.63 |
|     Rental Vehicles | $44.55 |
|     Tolls & Parking | $2,658.81 |
|     Vehicle Maint & Repairs | $6,100.66 |
|     Vehicle Payments/Lease | $22,265.49 |
|   Total - Vehicle Expense | $45,984.14 |
| Warehouse | |
|     Warehouse Maintenance | $236.22 |
|     Warehouse Supplies | $9,404.80 |
|     Warehouse Tools | ($419.40) |
|   Total - Warehouse | $9,221.62 |
| Total - Expenses | $2,113,729.93 |
| Sales Tax Interest | $149.66 |
| Sales Tax Penalties | $4,308.18 |
| Total - Expense | $2,125,266.90 |
| Net Ordinary Income | ($591,859.71) |
| Other Income and Expenses | |
|   Other Income | |
|     Other Income | |
|       Other Income | $499,236.05 |
|     Total - Other Income | $499,236.05 |
|   Total - Other Income | $499,236.05 |
|   Other Expense | |
|     Other Expense | |
|       Other Expense | $56.87 |
|       Charges and Fees | $6,587.19 |
|       Interest Expense | $123,470.77 |
|     Total - Other Expense | $130,114.83 |
|   Total - Other Expense | $130,114.83 |
| Net Other Income | $369,121.22 |
| Net Income | ($222,738.49) |