# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE: §
§
**QUICK TUBE SYSTEMS, INC.** § Case No. 23-33570
§
Debtor(s) § Chapter 11

### DECLARATION FOR ELECTRONIC FILING OF AMENDED PETITION, ORIGINAL/AMENDED BANKRUPTCY STATEMENTS AND SCHEDULES, AND/OR AMENDED MASTER MAILING LIST (MATRIX)

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company named as the debtor in this case, I HEREBY DECLARE UNDER PENALTY OF PERJURY that I have read

- [ ] the original statements and schedules to be filed electronically in this case

- [ ] the voluntary petition as amended on _____ and to be filed electronically in this case

- [x] the statements and schedules as amended on __09/28/2023__ and to be filed electronically in this case:
  *Form 106EF, Form 106Sum, Form 106Dec*

- [x] the master mailing list (matrix) as amended on __09/28/2023__ and to be filed electronically in this case

and that the information provided therein is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after such statements, schedules, and/or amended petition or matrix have been filed electronically. I understand that a failure to file the signed original of this Declaration as to any original statements and schedules will result in the dismissal of my case and that, as to any amended petition, statement, schedule or matrix, such failure may result in the striking of the amendment(s).

- [x] [Only include if petitioner is a corporation, partnership or limited liability company] --
I hereby further declare under penalty of perjury that I have been authorized to file the statements, schedules, and/or amended petition or amended matrix on behalf of the debtor in this case.

Date
09/28/2023

/s/ Ray Epps
Ray Epps
CEO
EIN No. 26-2126600