## WITNESS AND EXHIBIT LIST

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF TEXAS**<br>**HOUSTON DIVISION** | |
| Main Case No: 23-33570 | Name of Debtor: Quick Tube Systems, Inc. |
| | |
| Witness(es):<br>  1.  Tim Layaou | Judge: Jeffrey P. Norman |
| | Courtroom Deputy: Mario Rios |
| | Hearing Date: December 14, 2023 |
| | Hearing Time: 10:30 AM |
| | Party's Name: Quick Tube Systems, Inc. |
| | Attorney's Name: Robert "Chip" Lane |
| | Attorney's Phone: 713-595-8200 |
| | Nature of Proceeding: Interim Hearing on Motion for Authority to Use Cash Collateral and Motion to Dismiss Case |
| | |

## EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted /Not Admitted | Disposition |
|---|---|---|---|---|---|
| | **Emergency Motion for Authority to Use Cash Collateral (Docket No. 9) and Motion to Dismiss Case (Docket No. 28)** | | | | |
| 1 | 120 Budget - Updated | | | | |
| 2 | UCC Lien List | | | | |
| 3 | Bancorpsouth aka Cadence Bank (UCC Lien Position 1) | | | | |
| 4 | Bancorpsouth aka Cadence Bank (UCC Lien Position 2) | | | | |
| 5 | Bancorpsouth aka Cadence Bank (UCC Lien Position 2) | | | | |
| 6 | Amended Schedules A/B & D with Summary | | | | |
| 7 | October 2023 Monthly Operating Report | | | | |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Witness and Exhibit List with Exhibits was served by United States first class mail, postage prepaid to the parties listed on the attached mailing matrix and additional service either via electronic notice by the court's ECF noticing system and/or by electronic Email Notification on December 7, 2023:

Debtor:
Quick Tube Systems, Inc.
24501 Hufsmith Kohrville Road
#300
Tomball, Texas 77375

US Trustee:
Office of The United States Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002
USTPRegion07.HU.ECF@USDOJ.GOV

Parties Requesting Electronic Notice ECF:

Jeannie Lee Andresen on behalf of Creditor Cypress-Fairbanks ISD
houston_bankruptcy@lgbs.com, chymel@dorelaw.com

Jeannie Lee Andresen on behalf of Creditor Harris County ESD #08
houston_bankruptcy@lgbs.com, chymel@dorelaw.com

Jeannie Lee Andresen on behalf of Creditor Harris County ESD #15
houston_bankruptcy@lgbs.com, chymel@dorelaw.com

Jeannie Lee Andresen on behalf of Creditor Lone Star College System
houston_bankruptcy@lgbs.com, chymel@dorelaw.com

Susan R. Fuertes on behalf of Creditor Harris County, ATTN: Property Tax Division
taxbankruptcy.cao@harriscountytx.gov

Robert Chamless Lane on behalf of Debtor QUICK TUBE SYSTEMS, INC.
chip.lane@lanelaw.com, thelanelawfirm@jubileebk.net;notifications@lanelaw.com

Sylvia Mayer
smayer@smayerlaw.com, csm11@trustesolutions.net;kjmayle@outlook.com;tx96@ecfcbis.com

Leslie Blake Rasner on behalf of Creditor Cadence Bank
brasner@haleyolson.com, dserenil@haleyolson.com;tiffany.herbelin@haleyolson.com

US Trustee

USTPRegion07.HU.ECF@USDOJ.GOV

Eric Michael Van Horn on behalf of Creditor Communications Conveyor Co., Inc.
ericvanhorn@spencerfane.com

Jana Smith Whitworth on behalf of U.S. Trustee US Trustee
jana.whitworth@usdoj.gov

Stephen Gerard Wilcox on behalf of Creditor TD Bank, N.A., successor in interest to TD Auto Finance LLC
swilcox@basselwilcox.com, kraudry@wilcoxlaw.net;krw77@sbcglobal.net

> */s/Robert C. Lane*
> Robert C. Lane

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 23-33570<br>Southern District of Texas<br>Houston<br>Thu Dec  7 10:49:23 CST 2023 | Communications Conveyor Co., Inc.<br>c/o Spencer Fane LLP<br>2200 ROSS AVEUNUE, SUITE 4800W<br>DALLAS, TX 75201-7901 | Cypress-Fairbanks ISD<br>c/o Jeannie Lee Andersen<br>Linebarger Goggan Blair & Sampson LLP<br>Houston, TX 77253-3064 |
| Harris County ESD #08<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Jeannie L. Andresen<br>PO Box 3064<br>Houston, TX 77253-3064 | Harris County ESD #15<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Jeannie L. Andresen<br>PO Box 3064<br>Houston, TX 77253-3064 | (p)HARRIS COUNTY ATTORNEY'S OFFICE<br>P O BOX 2928<br>HOUSTON TX 77252-2928 |
| Idea 247, Inc.<br>c/o PROBER & RAPHAEL, A LAW CORPORATION<br>20750 Ventura Boulevard, Suite 100<br>Woodland Hills, CA 91364-6207 | Lone Star College System<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Jeannie Lee Andresen<br>PO Box 3064<br>Houston, TX 77253-3064 | QUICK TUBE SYSTEMS, INC.<br>24501 Hufsmith Kohrville Rd #300<br>Tomball, TX 77375-6932 |
| 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | Alex Evans Zoominfo<br>275 Wyman Street<br>Waltham, MA 02451-1200 | Bancorp South Bank<br>2778 W. Jackson Pkwy. Bldg C, First Floo<br>Tupelo, MS 38801-0306 |
| (p)BANCORPSOUTH<br>BANKRUPTCY DEPARTMENT<br>P O BOX 4360<br>TUPELO MS 38803-4360 | Bencor Inc<br>PO Box 521<br>Brenham, TX 77834-0521 | Bridgefield Casualty Insurance Company<br>PO Box 988<br>Lakeland, FL 33802-0988 |
| C T Corporation<br>PO Box 4349<br>Carol Stream, IL 60197-4349 | CT Corporation<br>1555 W Shoreline Drive Suite 100<br>Boise, ID 83702-9107 | Cadence Bank<br>5702 Richmond Rd<br>Texarkana, TX 75503-0501 |
| Cadence Bank<br>Line of Credit<br>201 South Spring Street<br>Tupelo, MS 38804-4811 | Cadence Bank<br>c/o Blake Rasner<br>HALEY & OLSON, P.C.<br>100 N. Ritchie Road, Suite 200<br>Waco, Texas 76712-8517 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Chrysler Capital<br>P.O. Box 660335<br>Dallas, TX 75266-0335 | Chrysler Capital<br>PO Box 961275<br>Fort Worth, TX 76161-0275 | ComCo Product Innovations<br>161 N I-35E  Suite 139<br>Denton, TX 76205 |
| Communications Conveyer Co., Inc.<br>c/o Greer, Scott & Shropshire, LLP<br>8117 Preston Road 300<br>Dallas, TX 75225-6347 | Communications Conveyor Co., Inc.<br>161 N I-35E, Suite 239<br>Denton, TX 76205 | Compass/PNC Bank<br>P.O. Box 645993<br>Pittsburgh, PA 15264-5257 |
| Concote Corporation<br>600 Freeport Parkway #150<br>Coppell, TX 75019-3871 | Concote Corporation<br>PO Box 679038<br>Dallas, TX 75267-9038 | Construction Connect<br>PO Box 207121<br>Dallas, TX 75320-7121 |

| | | |
|---|---|---|
| Crow Corporation<br>23715 FM 2978<br>Tomball, TX 77375-5042 | Culver Electric<br>PO Box 427<br>Elk City, OK 73648-0427 | DDB Specialties LLC<br>1566 Baum Road<br>Saint Johnsville, NY 13452-4300 |
| Design Tech<br>6428 W. Wilkinson Blvd Suite 208<br>Belmont, NC 28012-2858 | Diebold Incorporated<br>PO Box 643543<br>Pittsburgh, PA 15264-3543 | Elliot Electric Supply<br>PO Box 630610<br>Nacogdoches, TX 75963-0610 |
| Exxon Mobil Card Services<br>WEX Bank<br>PO Box 6293<br>Carol Stream, IL 60197-6293 | Exxon Mobil Card Services<br>WEX Bank<br>PO Box 6293<br>Roswell, GA 60197-6293 | Fastenal Company<br>Attn: Legal Department<br>2001 Theurer Boulevard<br>Winona, MN 55987-9902 |
| FedEx<br>PO Box 223125<br>Pittsburgh, PA 15251-2125 | Fenco<br>PO Box 1238<br>Pittsburgh, PA 15251-0001 | Four Seasons Business Park II, Ltd.<br>5825 W. Sam Houston Dr. 800<br>Houston, TX 77041-5137 |
| Gary Durham Consulting<br>5635 SMU Blvd Suite 214<br>Dallas, TX 75206-5048 | Glesby Marks Leasing<br>P.O. Box 4346, Dept. 502 Ste 100<br>Houston, TX 77210-4346 | Greer, Scott & Shropshire, LLP<br>Karen G. Shropshire, Esq.<br>8117 Preston Road 300<br>Dallas, TX 75225-6347 |
| Harris County ESD #08<br>c/o Jeannie L. Andresen<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Harris County ESD #15<br>c/o Jeannie L. Andresen<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | (p)HERC RENTALS INC<br>ATTN BANKRUPTCY<br>27500 RIVERVIEW CENTER BLVD 2ND FLOOR<br>BONITA SPRINGS FL 34134-4328 |
| Home Depot Credit Services<br>PO Box 9001043<br>Louisville, KY 40290-1043 | Idea<br>Merchant Source Inc.<br>200 Garden City Plaza 215<br>Garden City, NY 11530-3338 | Idea Financial<br>200 SE 1st Street Suite 703<br>Miami, FL 33131-1909 |
| Infiniti Financial Services<br>PO Box 660577<br>Dallas, TX 75266-0577 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Jared D. Nielsen & Associates<br>PO Box 999<br>Smithville, TX 78957-0999 |
| Joshua Layaou<br>14501 Hufsmith Kohrville Rd. 300<br>Tomball, TX 77375 | Kelly Systems Inc<br>422 N Western Ave<br>Chicago, IL 60612-1491 | L&S Banking Services<br>117 Garvon St<br>Garland, TX 75040-6513 |
| L.E.C. Construction Inc<br>945 Brower Drive<br>Roselle, IL 60172-1707 | Lead Forensics Inc<br>PO Box 3303<br>Carol Stream, IL 60132-3303 | Lone Star College System<br>c/o Jeannie L. Andresen<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 |

| | | |
|---|---|---|
| Marsh Cable and Connectors<br>901 Terminal Road Suite 100<br>Fort Worth, TX 76106-3897 | Massachusetts Department of Revenue<br>Bankruptcy Unit<br>PO Box 7090, Boston, MA 02204 | OME Inc<br>7307 N Aurora Road<br>Aurora, OH 44202-9610 |
| (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | Pepperl+Fuchs<br>PO Box 1041<br>New York, NY 10268-1041 | Powerhouse FS Inc<br>812 S Crowley Rd Suite A<br>Crowley, TX 76036-3714 |
| RS Americas, Inc.<br>7151 Jack Newell Blvd South<br>Fort Worth, TX 76118-7037 | RS Americas, Inc.<br>PO Box 841811<br>Dallas, TX 75284-1811 | Raymond Epps<br>12519 Oak Park Dr.<br>Houston, TX 77070-2250 |
| Real Property Management Heritage<br>1505 Bonner St.<br>Houston, TX 77007-3513 | SBA 7A Newtek<br>1981 Marcus Avenue Suite 130<br>New Hyde Park, NY 11042-1046 | Schmit Prototypes<br>1801 Indianhead Drive E.<br>Menomonie, WI 54751-8501 |
| Security Vault Works Inc<br>122 Lafeyette Avenue<br>Laurel, MD 20707-4512 | Sheppard Mullin Richter & Hampton, LLP<br>2200 Ross Avenue, 24th Floor<br>Dallas, TX 75201-2748 | Sheppard, Mullin, Richter & Hampton LLP<br>650 Town Center Drive, 10th Floor<br>Costa Mesa, CA 92626-1993 |
| Sheppard, Mullin, Richter & Hampton, LLP<br>700 Louisian Street Suite 2750<br>Houston, TX 77002-2791 | Sunbelt Rentals<br>2341 Deerfield Drive<br>Atlanta, GA 30384-0001 | Sunbelt Rentals<br>788 Westridge Road<br>Rochester, NY 14615-2816 |
| Sunbelt Rentals<br>PO Box 409211<br>Atlanta, GA 30384-9211 | Synchrony Bank/Discount Tire<br>PO Box 965064<br>Orlando, FL 32896-5064 | TD Auto Finance<br>PO Box 551080<br>Jacksonville, FL 32255-1080 |
| TD Bank, N.A., successor in interest to<br>TD Auto Finance LLC<br>c/o Wilcox Law, PLLC<br>P.O. Box 201849<br>Arlington, TX 76006-1849 | TOMBALL INDEPENDENT SCHOOL DISTRICT<br>P. O. Box 276<br>Tomball TX 77377-0276 | Tecnosicurezza Inc<br>50 Thomas Lane<br>Versailles, KY 40383-9391 |
| Tecnosicurezza Inc<br>Attn: Lydia Ferrarese, Esq<br>590 Madison Avenue, 6th Floor<br>New York, NY 10022-8521 | Tecnosicurezza Inc.<br>133 Trade Street – Suite 4<br>Lexington, KY 40511-2617 | The Lane Law Firm<br>6200 Savoy Dr Ste 1150<br>Houston, TX 77036-3369 |
| The Reinalt-Thomas Corp Discount Tire<br>Synchrony Bank<br>PO Box 842349<br>Los Angeles, CA 90084-2349 | Tim Layaou<br>14501 Hufsmith Kohrville Rd. 300<br>Tomball, TX 77375 | Traditional Security Integrations<br>16 N Mill Street<br>Cleburne, TX 76033-4903 |

| | | |
|---|---|---|
| US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | VSI Vault Structures<br>3640 Work Drive<br>Fort Myers, FL 33916-7534 | Vanessa Glaser-Epps<br>1219 Oak Park Dr.<br>Houston, TX 77070 |
| Wells Fargo<br>P.O. Box 3072<br>Cedar Rapids, IA 52406-3072 | Wells Fargo Bank<br>P.O. Box 77101<br>Minneapolis, MN 55480-7101 | Wells Fargo Bank, N.A.<br>Attn: Lisa Boddicker<br>800 Walnut Street MAC F0005-055<br>Des Moines    IA 50309-3891 |
| William M Vermette<br>22001 Loudoun County PKWY<br>Ashburn VA 20147-6122 | Wrico Stamping Co of Texas<br>2717 Niagara Lane North<br>Minneapolis, MN 55447-4844 | Robert Chamless Lane<br>The Lane Law Firm<br>6200 Savoy Drive<br>Ste 1150<br>Houston, TX 77036-3369 |
| Sylvia Mayer<br>S. Mayer Law<br>PO Box 6542<br>Houston, TX 77265-6542 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Harris County, ATTN: Property Tax Division<br>Harris County Attorney's Office<br>P.O. Box 2928<br>Houston, TX 77252-2928 United States | Bancorp South Bank<br>P.O. Box 789<br>Tupelo, MS 38802 | Chase<br>Cardmember Services<br>P.O. Box 6294<br>Carol Stream, IL 60197 |
| Herc Rentals, Inc<br>27500 Riverview Center Blvd<br>Bonita Springs, Florida 34134 | PNC Bank NA<br>Bankruptcy Department<br>PO BOX 94982<br>Cleveland, OH 44101 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Cadence Bank | (u)TD Bank, N.A., successor in interest to TD | (u)Tomball Independent School District |

| | | |
|---|---|---|
| (d)QUICK TUBE SYSTEMS, INC.<br>24501 Hufsmith Kohrville Rd #300<br>Tomball, TX 77375-6932 | End of Label Matrix<br>Mailable recipients     99<br>Bypassed recipients     4<br>Total                    103 | |