**Fill in this information to identify the case:**

Debtor Name __Quick Tube Systems, Inc.__

United States Bankruptcy Court for the: __Southern__ District of ____Texas_____

Case number: __23-33570__

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: ___February 2024___

Date report filed: ___3/20/24_____
MM / DD / YYYY

Line of business: __Pneumatic Tube Systems__

NAISC code: __238290___

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: ___Tim Layaou_____

Original signature of responsible party ___[signature]_____

Printed name of responsible party ___Tim Layaou_____

## ▮ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. Have you deposited all of the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Quick Tube Systems, Inc.

Case number  23-33570

17.  Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☑ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$    311686

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$  877539.75

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $  577029.58

22.  **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $  300510.17

23.  **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $  612196.17

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**

*(Exhibit E)*

$    69304.2

Debtor Name  Quick Tube Systems, Inc.                                    Case number  23-33570

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.  **Total receivables**                                                                    $   611517.09

    *(Exhibit F)*

## 5. Employees

26.  What was the number of employees when the case was filed?                              22

27.  What is the number of employees as of the date of this monthly report?                  20

## 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?        $   3000

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $   35017.59

30.  How much have you paid this month in other professional fees?                          $   14238.06

31.  How much have you paid in total other professional fees since filing the case?        $   83379.34

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | Column B | Column C |
|---|---|---|---|
|  | **Projected** − | **Actual** = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | Copy lines 20-22 of this report. | Subtract Column B from Column A. |
| 32.  **Cash receipts** | $   665000 − | $  877539.75 = | $  -212539.7 |
| 33.  **Cash disbursements** | $   622377 − | $  577029.58 = | $  45347.42 |
| 34.  **Net cash flow** | $   42623 − | $  300510.17 = | $  -257887.1 |

35.  Total projected cash receipts for the next month:                                    $   665000

36.  Total projected cash disbursements for the next month:                           - $  622377.19

37.  Total projected net cash flow for the next month:                                 = $  42622.81

Debtor Name  Quick Tube Systems, Inc.                    Case number  23-33570

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

42.  Project, job costing, or work-in-progress reports.

Questionnaire

10. We have a PNC bank account that is required to be open because we have a LOC with PNC. We do not use this bank account and no transactions have hit this bank account since filing.


18. We paid vendors prior to the bankruptcy filing and the checks cleared after the filing.

# Business Checking

PNC Bank


PNC BANK

**For the Period 02/01/2024 to 02/29/2024**

Primary Account Number: ███ -5048
Page 1 of 2
Number of enclosures: 0

QUICK TUBE SYSTEMS INC #23-33570
DEBTOR IN POSSESSION
24501 HUFSMITH KOHRVILLE RD
TOMBALL TX 77375-6932

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
PNC accepts Telecommunications Relay Service (TRS) calls.
Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

✉ Write to:  Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
⌖ Visit us at PNC.com/smallbusiness

IMPORTANT ACCOUNT INFORMATION

The information below amends certain information in our Consumer and Business Schedules of Service Charges and Fees and our Features and Fees ("Schedules"). All other information in our Schedules continues to apply to your account. Please read this information and retain it with your records.

Effective February 1, 2024, the Debit and Banking Card Replacement fees of $7.50 will no longer be charged on consumer and business deposit accounts.

IMPORTANT INFORMATION FOR DEBIT CARD CUSTOMERS

Please review the limits below for PNC debit cards. Effective January 9, 2024, subject to available funds, your daily ATM withdrawal limits are as follows:

All Business Products (eligible for a debit card):
> ATM Withdrawal: $1,500

## Business Checking Summary

Account number: ███ -5048

Quick Tube Systems Inc #23-33570
Debtor In Possession

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 511.29 | .00 | 3.00 | 508.29 |

| | | Average ledger balance | Average collected balance |
|---|---|---|---|
| | | 508.29 | 508.29 |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Total | 0 | .00 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Service Charges and Fees | 1 | 3.00 |
| Total | 1 | 3.00 |

## Daily Balance

| Date | Ledger balance |
|---|---|
| 02/01 | 508.29 |

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 02/01/2024 to 02/29/2024**
Quick Tube Systems Inc #23-33570
Primary Account Number: ▮▮▮▮-5048
Page 2 of 2

Business Checking Account Number: ▮▮▮▮-5048 - continued

## Activity Detail

## Checks and Other Deductions

### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/01 | 3.00 | Service Charge Period Ending 01/31/2024 | |

### Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 03/01/2024 and will appear on your next statement as a single line item entitled Service Charge Period Ending 02/29/2024.

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Total For Services Used This Period | | .00 | |
| Total Service Charge | | .00 | |

Member FDIC                    Equal Housing Lender

```
                                                          E0/3

        QUICK TUBE SYSTEMS, INC DBA
        QTS
        DEBTOR IN POSSESSION CH 11 BANKRUPTCY
        CASE 23-33570                              STATEMENT DATE
        PO BOX 2069                                    02/29/24
        TOMBALL TX  77377-2069                     ACCOUNT NUMBER
                                                     ███-691-8
```

```
INFOLINE  1-888-797-7711
* * * * * * * * * CHECKING ACCOUNT SUMMARY  * * * * * * * * * *
PREVIOUS BALANCE            329,184.05        AVERAGE BALANCE
  +      47 CREDITS         877,539.75               431,828
  -     107  DEBITS         561,144.06        YTD INTEREST PAID
  - SERVICE CHARGES             200.02                     .00
  +   INTEREST PAID               .00
ENDING BALANCE             645,379.72
```

```
DAYS IN PERIOD                                             29
```

```
* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
      DEPOSITS AND OTHER CREDITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION      CHK NO/ATM CD
02/01       1,894.84 WAL-MART STORES  9991000065
                     429764          TRADE PYMT CCD
02/01       3,548.09 H.E.B. GROCERY   3007924756
                     113000609367294 EPOSPYMNTS CTX
02/02       7,421.26 ANDERSON GLASS C 1722616653
                     0736918          QUICKBOOKS PPD
02/02       9,572.35 H.E.B. GROCERY   3007924756
                     113000609368448 EPOSPYMNTS CTX
02/05         632.26 H.E.B. GROCERY   3007924756
                     113000609370139 EPOSPYMNTS CTX
02/05      31,682.07 EXPRESS DEPOSIT
02/07         609.42 H.E.B. GROCERY   3007924756
                     113000609373207 EPOSPYMNTS CTX
02/07       5,009.00 SDI INC AP       1231737774
                     W000000118       PAYMENT VD CCD
02/07       7,972.00 BANKPAK INC       621180856
                     848              BP VENDORS PPD
02/08         438.75 MERCHANT BANKCD  C592126793
                     498326126881     DEPOSIT    CCD
02/08         988.91 H.E.B. GROCERY   3007924756
                     113000609374234 EPOSPYMNTS CTX
02/08       6,079.01 WAL-MART STORES  9991000065
                     429764          TRADE PYMT CCD
02/08      20,876.10 EXPRESS DEPOSIT
```

```
                                                          E0/3
      QUICK TUBE SYSTEMS, INC DBA                 PAGE      2
      QTS
      DEBTOR IN POSSESSION CH 11 BANKRUPTCY
      CASE 23-33570                           STATEMENT DATE
      PO BOX 2069                                   02/29/24
      TOMBALL TX  77377-2069                  ACCOUNT NUMBER
                                              ███-691-8
```

`* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * * *`

   DEPOSITS AND OTHER CREDITS

```
DATE.........AMOUNT.TRANSACTION DESCRIPTION      CHK NO/ATM CD
02/12      443.26 MERCHANT BANKCD  C592126793
                  498326126881     DEPOSIT    CCD
02/12   12,443.81 H.E.B. GROCERY   3007924756
                  113000609377190 EPOSPYMNTS CTX
02/13    9,467.79 H.E.B. GROCERY   3007924756
                  113000609379122 EPOSPYMNTS CTX
02/13  109,417.68 WAL-MART STORES  9991000065
                  429764          TRADE PYMT CCD
02/14      585.77 ROCKY MOUNTAIN P 1294287528
                  E40754991        INV25628   CCD
02/14    1,034.20 WAL-MART STORES  9991000065
                  429764          TRADE PYMT CCD
02/14    8,167.44 SDI INC AP       1231737774
                  W000000118       PAYMENT VD CCD
02/14   21,686.53 EXPRESS DEPOSIT
02/15   11,197.54 EXPRESS DEPOSIT
02/16    1,762.07 MERCHANT BANKCD  C592126793
                  498326126881     DEPOSIT    CCD
02/16   12,419.33 WAL-MART STORES  9991000065
                  429764          TRADE PYMT CCD
02/16   16,998.22 H.E.B. GROCERY   3007924756
                  113000609382532 EPOSPYMNTS CTX
02/20      245.29 MERCHANT BANKCD  C592126793
                  498326126881     DEPOSIT    CCD
02/20      314.78 WAL-MART STORES  9991000065
                  429764          TRADE PYMT CCD
02/20      405.00 EXPRESSRXPHARMAC PAYMENTS
02/20   12,443.93 H.E.B. GROCERY   3007924756
                  113000609384828 EPOSPYMNTS CTX
02/20    2,053.48 EXPRESS DEPOSIT
02/21    3,861.26 SDI INC AP       1231737774
                  W000000118       PAYMENT VD CCD
02/21  209,935.36 H.E.B. GROCERY   3007924756
                  113000609389767 EPOSPYMNTS CTX
02/22      663.61 MERCHANT BANKCD  C592126793
                  498326126881     DEPOSIT    CCD
02/22    2,321.70 DIXON VALVE   CO 2900003687
                  OTR6012016/18    PAYMENT    CCD
```

```
                                                    E0/3
     QUICK TUBE SYSTEMS, INC DBA               PAGE    3
     QTS
     DEBTOR IN POSSESSION CH 11 BANKRUPTCY
     CASE 23-33570                        STATEMENT DATE
     PO BOX 2069                              02/29/24
     TOMBALL TX  77377-2069               ACCOUNT NUMBER
                                         ███ -691-8
* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
   DEPOSITS AND OTHER CREDITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION    CHK NO/ATM CD
02/22      3,415.09 WAL-MART STORES  9991000065
                    429764          TRADE PYMT CCD
02/22        810.70 EXPRESS DEPOSIT
02/23         42.92 H.E.B. GROCERY   3007924756
                    113000609393369 EPOSPYMNTS CTX
02/23        258.61 MERCHANT BANKCD  C592126793
                    498326126881    DEPOSIT    CCD
02/23     10,051.93 SDI INC AP       1231737774
                    W000000118      PAYMENT VD CCD
02/26      7,400.82 WAL-MART STORES  9991000065
                    429764          TRADE PYMT CCD
02/26     21,207.99 LEXY PROPERTIES, LLC
                    041001039 KEYBANK
                    QST-2KHEPE 04:35 CONSTRUCTION
02/26    196,589.52 H.E.B. GROCERY   3007924756
                    113000609395081 EPOSPYMNTS CTX
02/26      2,246.20 EXPRESS DEPOSIT
02/27     68,912.41 H.E.B. GROCERY   3007924756
                    113000609397016 EPOSPYMNTS CTX
02/27     27,433.80 EXPRESS DEPOSIT
02/28        694.43 WAL-MART STORES  9991000065
                    429764          TRADE PYMT CCD
02/28      3,883.22 SDI INC AP       1231737774
                    W000000118      PAYMENT VD CCD
   CHECKS
DATE..CHECK NO..........AMOUNT   DATE..CHECK NO..........AMOUNT
02/12     5619          104.20   02/26    12195          160.00
02/07    12194*         158.00
   OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION    CHK NO/ATM CD
02/01        147.45 WA DEPT REVENUE  9916001118
                    12700149        TAX PYMT   CCD
02/01      2,510.62 LEASE ADMIN CNTR 9522185192
                    500-3207194-000 LEASE PYMT CCD
02/01      2,708.08 ECHO GLOBAL LOGI 9000628637
                    FL4PWM          WEB PMTS   WEB
02/01      6,000.00 PEX CARD         2080796871
                    12294645896     EPAY       CCD
```

```
                                                          E0/3
        QUICK TUBE SYSTEMS, INC DBA                PAGE    4
        QTS
        DEBTOR IN POSSESSION CH 11 BANKRUPTCY
        CASE 23-33570                              STATEMENT DATE
        PO BOX 2069                                     02/29/24
        TOMBALL TX  77377-2069                     ACCOUNT NUMBER
                                                   ████-691-8

* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
    OTHER DEBITS

DATE..........AMOUNT.TRANSACTION DESCRIPTION     CHK NO/ATM CD
02/02        31.98 CORRIGO INCORPOR 1943320998
                   167751040692    PAYMENT    CCD
02/05         2.95 MERCHANT BANKCD  C592126793
                   498326126881    FINCL ADJ  CCD
02/05       315.00 FOUR SEASONS BUS 9500000000
                   CKF234051726POS ONLINE PMT PPD
02/05       345.10 COMCAST 8777702  0000213249
                   6115742        120926584  PPD
02/05       383.88 MERCHANT BANKCD  C592126793
                   498326126881    DISCOUNT   CCD
02/05     1,000.00 THE LANE LAW FIR 1742354575
                                   CORP COLL  CCD
02/05     3,241.15 QUICK TUBE SYSTM 1262126600
                   -SETT-CCACH     DEP/PAY    PPD
02/05    33,991.21 ADP PAYROLL FEES 9659605002
                   53R743  2354180 ADP - FEES CCD
02/06       544.93 ASCENTIUMCAPITAL 9176794002
                   205809         LEASECHG   CCD
02/06       656.96 UPSBILLCTR       5193070436
                   0000X38V64      PAYMENT    PPD
02/06     9,499.10 SUPPORTING STRAT 1204895317
                   016ZDNCGS38IFVX BILL.COM   CCD
02/07       725.00 COMM OF MASS EFT 4602285821
                   2069591744      MA DOR PAY CCD
02/07       945.49 ADI              9500000000
                   CKF234051726POS ONLINE PMT PPD
02/08        50.00 VTAX EFT DEPOSIT 8036000264
                   SUT10084848     ACH DEBIT  CCD
02/08        50.00 VTAX EFT DEPOSIT 8036000264
                   SUT10084848     ACH DEBIT  CCD
02/08        51.64 VTAX EFT DEPOSIT 8036000264
                   SUT10084848     ACH DEBIT  CCD
02/08       111.62 CADENCE EQUIPMEN 5640117230
                   14919.000       8TH ACH    PPD
02/08       575.00 COMM OF MASS EFT 4602285821
                   1033352896      MA DOR PAY CCD
02/09       190.59 QUICK TUBE SYSTM 1262126600
                   -SETT-CCACH     DEP/PAY    PPD
```

```
                                                            E0/3
      QUICK TUBE SYSTEMS, INC DBA                  PAGE     5
      QTS
      DEBTOR IN POSSESSION CH 11 BANKRUPTCY
      CASE 23-33570                            STATEMENT DATE
      PO BOX 2069                                   02/29/24
      TOMBALL TX  77377-2069                   ACCOUNT NUMBER
                                               ███-691-8
```

* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
     OTHER DEBITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | CHK NO/ATM CD |
|------|--------|-------------------------|---------------|
| 02/09 | 2,000.00 | PEX CARD         2080796871 | |
|       |          | 12298616225     EPAY       CCD | |
| 02/09 | 2,938.18 | PEX CARD         2080796871 | |
|       |          | 12298673740     EPAY       CCD | |
| 02/09 | 31,050.53 | QUICK TUBE SYSTM 1262126600 | |
|       |          | -SETT-CCACH     DEP/PAY    PPD | |
| 02/12 | 200.00 | HCTRA EFT        2746019451 | |
|       |          | 444198080       EZTAGSTCCD CCD | |
| 02/12 | 750.00 | QUICK TUBE SYSTM 1262126600 | |
|       |          | -SETT-CCACH     DEP/PAY    PPD | |
| 02/12 | 1,770.48 | ECHO GLOBAL LOGI 9000628637 | |
|       |          | Z31LYM          WEB PMTS    WEB | |
| 02/12 | 2,606.88 | QUICK TUBE SYSTM 1262126600 | |
|       |          | -SETT-CCACH     DEP/PAY    PPD | |
| 02/12 | 10,565.27 | ADP PAYROLL FEES 9659605002 | |
|       |          | 53R743  2370855 ADP - FEES CCD | |
| 02/12 | 34,983.05 | ADP PAYROLL FEES 9659605002 | |
|       |          | 53R743  2387933 ADP - FEES CCD | |
| 02/13 | 6,000.00 | PEX CARD         2080796871 | |
|       |          | 12301825886     EPAY       CCD | |
| 02/15 | 214.02 | QUICK TUBE SYSTM 1262126600 | |
|       |          | -SETT-CCACH     DEP/PAY    PPD | |
| 02/15 | 663.69 | PRUDENTIAL       9478857501 | |
|       |          | 2L9684276024045 INS PREM    PPD | |
| 02/15 | 21,785.01 | GLESBY MARKS     9741883374 | |
|       |          | 26-2126600      LEASES      PPD | |
| 02/15 | 40,287.02 | QUICK TUBE SYSTM 1262126600 | |
|       |          | -SETT-CCACH     DEP/PAY    PPD | |
| 02/16 | 88.61 | LEASE DIRECT     2233010982 | |
|       |          | 81847139        WEB PAY    CCD | |
| 02/16 | 138.00 | TEXTURA CORPORAT 2261212370 | |
|       |          | TEXTURA CO CCD | |
| 02/16 | 208.54 | STREAM SPE, LTD  8205235771 | |
|       |          | 000016096669    0621D      PPD | |
| 02/16 | 1,021.16 | STREAM SPE, LTD  8205235771 | |
|       |          | 000016096668    0621D      PPD | |
| 02/16 | 1,820.00 | REGAL PLASTICS   9500000000 | |
|       |          | CKF234051726POS ONLINE PMT PPD | |

```
                                                       E0/3
     QUICK TUBE SYSTEMS, INC DBA                PAGE    6
     QTS
     DEBTOR IN POSSESSION CH 11 BANKRUPTCY
     CASE 23-33570                          STATEMENT DATE
     PO BOX 2069                                 02/29/24
     TOMBALL TX  77377-2069                 ACCOUNT NUMBER
                                            █████691-8
```

* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
     OTHER DEBITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | CHK NO/ATM CD |
|------|--------|-------------------------|---------------|
| 02/16 | 2,550.00 | DRDA PLLC        8263863381 | |
|       |          | CZ100005YSQ5C   J2069 OOFF CCD | |
| 02/16 | 185.03 | XAA ANALYSIS | |
| 02/20 | 9.06 | TAX_REV_GRT_ECKS 1856000544 | |
|       |      | 1518811776      TRD PMNT   CCD | |
| 02/20 | 13.51 | TAX_REV_GRT_ECKS 1856000544 | |
|       |       | 850967168       TRD PMNT   CCD | |
| 02/20 | 117.52 | AL-DEPT OF REV MAT6045055 | |
|       |        | 706634048 DIRECT DBT CCD | |
| 02/20 | 199.99 | SOLUPAY CONSULTI 9049041531 | |
|       |        | 20536108         PURCHASE   CCD | |
| 02/20 | 247.08 | MINNESOTA LIFE   9100007500 | |
|       |        | 0124675AE       AS EFTDRAW WEB | |
| 02/20 | 644.68 | FLA DEPT REVENUE 7596001874 | |
|       |        | 9404561         C01        CCD | |
| 02/20 | 1,000.00 | THE LANE LAW FIR 1742354575 | |
|       |          | CORP COLL  CCD | |
| 02/20 | 1,177.88 | UPSBILLCTR       5193070436 | |
|       |          | 0000X38V64      PAYMENT    CCD | |
| 02/20 | 1,870.50 | SUPPORTING STRAT 1204895317 | |
|       |          | 016USFXON38Z4WE BILL.COM   CCD | |
| 02/20 | 4,667.81 | QUICK TUBE SYSTM 1262126600 | |
|       |          | -SETT-CCACH     DEP/PAY    PPD | |
| 02/20 | 37,838.95 | ADP PAYROLL FEES 9659605002 | |
|       |           | 53R743  2407346 ADP - FEES CCD | |
| 02/21 | 17.13 | GEORGIA ITS TAX  2586002015 | |
|       |       | 758277776       GA TX PYMT CCD | |
| 02/21 | 34.12 | LEASE DIRECT     2233010982 | |
|       |       | 81893366        WEB PAY    CCD | |
| 02/21 | 39.99 | IA DEPT OF REV   9426004574 | |
|       |       | 2156852         IA REV PAY CCD | |
| 02/21 | 85.96 | SC DEPT REVENUE  5576000286 | |
|       |       | 14206017        DEBIT      CCD | |
| 02/21 | 142.76 | DOR ITS PAYMENTS 9207000TAX | |
|       |        | 7848806         INDORITS   CCD | |
| 02/21 | 146.81 | VA DEPT TAXATION 2546001734 | |
|       |        | *****6600       TAX PAYMEN CCD | |
| 02/21 | 175.55 | AL ONESPOT TAX   2621862182 | |
|       |        | 202465828774    ALABAMA.GO CCD | |

```
                                                          E0/3
      QUICK TUBE SYSTEMS, INC DBA                  PAGE    7
      QTS
      DEBTOR IN POSSESSION CH 11 BANKRUPTCY
      CASE 23-33570                               STATEMENT DATE
      PO BOX 2069                                     02/29/24
      TOMBALL TX  77377-2069                     ACCOUNT NUMBER
                                                 ███-691-8
```

* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
    OTHER DEBITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | CHK NO/ATM CD |
|------|--------|-------------------------|---------------|
| 02/21 | 196.98 | OKLAHOMATAXPMTS  9STOFOKTXP<br>506473984GNTX   OK TAX PMT CCD | |
| 02/21 | 217.00 | TN STATE REVENUE W626001445<br>346193024      TN TAP     CCD | |
| 02/21 | 228.87 | 8013OHIO-TAXOSUT 1070060004<br>000001011085366 OH SALESTX CCD | |
| 02/21 | 310.01 | 8013OHIO-TAXOSUT 1070060004<br>000001011098991 OH SALESTX CCD | |
| 02/21 | 555.00 | AR DFA REVENUE   1742843318<br>1431994880      PAYMENT    CCD | |
| 02/21 | 737.13 | OKLAHOMATAXPMTS  9STOFOKTXP<br>1948003840GNTX  OK TAX PMT CCD | |
| 02/21 | 1,318.83 | LIBERTY          0000061050<br>1416402        MUTUAL     CCD | |
| 02/21 | 1,629.74 | VERIZON WIRELESS 6223344794<br>054237107900001 PAYMENTS   CCD | |
| 02/21 | 14,440.62 | WEBFILE TAX PYMT 2146000311<br>902/74894208    DD         CCD | |
| 02/22 | 10.27 | ME BUREAU OF TAX 1016000001<br>653795         INTRNET DR CCD | |
| 02/22 | 24.00 | IL DEPT OF REVEN 5555566257<br>00001875710512  EDI PYMNTS CCD | |
| 02/22 | 24.10 | ME BUREAU OF TAX 1016000001<br>561125         INTRNET DR CCD | |
| 02/22 | 29.87 | ME BUREAU OF TAX 1016000001<br>597581         INTRNET DR CCD | |
| 02/22 | 75.34 | WVTREASURY       1556000814<br>STO1700368384   WVTAXPAYPB CCD | |
| 02/22 | 324.11 | DEPT OF REVENUE  1522077581<br>502-875-3733    KY TAXPMNT CCD | |
| 02/22 | 1,958.29 | WVTREASURY       1556000814<br>STO1700368384   WVTAXPAYPB CCD | |
| 02/22 | 2,173.27 | QUICK TUBE SYSTM 1262126600<br>-SETT-CCACH     DEP/PAY    PPD | |
| 02/22 | 6,000.00 | PEX CARD         2080796871<br>12304967655     EPAY       CCD | |
| 02/22 | 63,142.74 | QUICK TUBE SYSTM 1262126600<br>-SETT-CCACH     DEP/PAY    PPD | |

```
                                                          E0/3
     QUICK TUBE SYSTEMS, INC DBA                    PAGE     8
     QTS
     DEBTOR IN POSSESSION CH 11 BANKRUPTCY
     CASE 23-33570                              STATEMENT DATE
     PO BOX 2069                                     02/29/24
     TOMBALL TX  77377-2069                    ACCOUNT NUMBER
                                               ███████-691-8

* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * █ * * * * *
     OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION      CHK NO/ATM CD
02/23        146.14 INTUIT *        0000756346
                    1854626         QUICKBOOKS CCD
02/23        200.00 HCTRA EFT       2746019451
                    445349888       EZTAGSTCCD CCD
02/23        970.00 ECHO GLOBAL LOGI 9000628637
                    Z08F0N          WEB PMTS    WEB
02/23      1,133.26 TD AUTO FINANCE 5202614244
                    0001103296628   WEB PAY     WEB
02/23      1,467.57 QUICK TUBE SYSTM 1262126600
                    -SETT-CCACH     DEP/PAY     PPD
02/23          5.00 ACF ST PY CHG
02/26        288.75 ULTRAFAB INC    9000085138
                    113083048       PURCHASE    CCD
02/26      2,105.07 KSDEPTOFREVENUE 9111111111
                    004262126600F01 TAXDRAFTS   CTX
02/26      2,928.85 QUICK TUBE SYSTM 1262126600
                    -SETT-CCACH     DEP/PAY     PPD
02/26     36,183.71 ADP PAYROLL FEES 9659605002
                    53R743  2420137 ADP - FEES CCD
02/26          9.99 BILL PAY FEE
02/27      1,000.00 SYLVIA MAYER    9500000000
                    CKF234051726POS ONLINE PMT PPD
02/27      2,483.88 AZ DEPT OF REV  4866004791
                    109493343       CCDDIR.DBT CCD
02/27     10,000.00 PEX CARD        2080796871
                    12308772653     EPAY        CCD
02/27     11,679.49 WEBFILE TAX PYMT 2146000311
                    902/74997017    DD          CCD
02/28        158.49 SERVICECHANNELCO 3383693141
                                    WEBPAYMENT WEB
02/28        170.00 QUICK TUBE SYSTM 1262126600
                    -SETT-CCACH     DEP/PAY     PPD
02/28        952.75 STATE FARM RO 27 9000313004
                    08 S 1276332308 CPC-CLIENT CCD
02/28     98,248.94 QUICK TUBE SYSTM 1262126600
                    -SETT-CCACH     DEP/PAY     PPD
02/29      8,613.36 HIBBERT INTERNATIONAL INC.
                    026005092 WELLS FARGO BANK,
                    S1552338
```

```
NOPR 960
```

```
                                                          E0/3
      QUICK TUBE SYSTEMS, INC DBA                    PAGE    9
      QTS
      DEBTOR IN POSSESSION CH 11 BANKRUPTCY
      CASE 23-33570                                STATEMENT DATE
      PO BOX 2069                                      02/29/24
      TOMBALL TX  77377-2069                       ACCOUNT NUMBER
                                                     ███691-8
* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * ▓ ▓ * * *
     OTHER DEBITS
DATE..........AMOUNT.TRANSACTION DESCRIPTION       CHK NO/ATM CD
02/29         250.00 STARWOOD MEDIA   9500000000
                     CKF234051726POS ONLINE PMT PPD
02/29         406.69 UPSBILLCTR       5193070436
                     0000X38V64      PAYMENT    CCD
02/29         703.75 WASHINGTON SECUR 9500000000
                     CKF234051726POS ONLINE PMT PPD
02/29       1,471.20 QUICK TUBE SYSTM 1262126600
                     -SETT-CCACH     DEP/PAY     PPD
02/29       4,377.14 FOUR SEASONS BUS 9500000000
                     CKF234051726POS ONLINE PMT PPD
02/29       7,239.16 ECHO GLOBAL LOGI 9000628637
                     1ZY71N          WEB PMTS    WEB
* * * * * * * * * * DAILY BALANCE SUMMARY * * * * * * * * * * *
   DATE.......BALANCE   DATE.......BALANCE   DATE.......BALANCE
01/31   329184.05   02/09   325683.65   02/21   566561.95
02/01   323260.83   02/12   287590.84   02/22   500011.06
02/02   340222.46   02/13   400476.31   02/23   506442.55
02/05   333257.50   02/14   431950.25   02/26   692210.71
02/06   322556.51   02/15   380198.05   02/27   763393.55
02/07   334318.44   02/16   405366.33   02/28   668441.02
02/08   361862.95   02/20   373041.83   02/29   645379.72
```

QUICK TUBE SYSTEMS, INC DBA

Account  #

Page:      10



**THANK YOU FOR BANKING WITH US**

---

**THIS SECTION IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT.**

FROM _____ TO _____ 20 _____

CHECKS OUTSTANDING – NOT
CHARGED TO ACCOUNT

| NO. | $ |
|-----|---|
|     |   |

BALANCE SHOWN ON
THIS STATEMENT          $ _____

CHECKBOOK
BALANCE          $ _____

ADD DEPOSITS
NOT CREDITED          $ _____

DEDUCT
SERVICE
CHARGES          $ _____

$ _____

$ _____

SUBTOTAL          $ _____

SUBTOTAL          $ _____

DEDUCT
OUTSTANDING
CHECKS          $ _____

ADD INTEREST
CREDITED          $ _____

RECONCILED
STATEMENT
BALANCE          $ _____

UPDATED
CHECKBOOK
BALANCE          $ _____

**TOTAL** $ _____

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Direct telephone inquiries to 1-888-797-7711 (TOLL FREE) or write us at Customer Service, 2910 West Jackson St., Tupelo, MS 38801 as soon as you can. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we may recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CREDIT LINE BILL:**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us (on a seperate sheet) at Customer Service, 2910 West Jackson St., Tupelo, MS 38801 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us TOLL FREE at 1-888-797-7711, but doing so will not preserve your rights.

In your letter, give us the following information.

(1) Your name and account number.

(2) The dollar amount of the suspected error.

(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**Explanation of CREDIT LINE'S AVERAGE DAILY BALANCE**

We figure the FINANCE CHARGE on your account by applying the periodic rate to the "AVERAGE DAILY BALANCE", including current transactions. To get the "AVERAGE DAILY BALANCE" we take the beginning balance of your account each day and add any new advances and subtract any payments, credits and unpaid finance charges. This gives us the daily balance. Then, we add up all the daily balances of the billing cycle divide the total by the number of days in the billing cycle. This gives us "THE AVERAGE DAILY BALANCE".